March 9, 2024

The Honorable Robert C. Chambers
Judge, United States District Court for the Southern District of West Virginia
Robert C. Byrd US Courthouse
300 Virginia Street East
Charleston, WV 25301

Dear Judge Chambers,

I am writing on behalf of Mr. David Smith who I understand is soon to come before your court for sentencing for violation of the Refuse Act of 1899.

David Smith has been a colleague of mine since 1994, beginning when I was assigned as Commanding Officer of USCG Marine Safety Office Huntington. Being new to what is known as the "brown water" (river) industry, I occasionally sought out river professionals from within the marine community that were known to be knowledgeable, experienced and trustworthy. I consistently found David to be all of these. He was one of my "go-to" river captains for towing industry insights. I relied upon his counsel on several occasions when addressing navigation issues for which I was responsible.

Upon my retirement from the Coast Guard in 1997, I worked in the commercial river industry as a consultant and helped establish the charter the Huntington District Waterways Association. The HDWA is a non-profit industry association focused on public education and the safe and environmentally responsible use of our region's navigable rivers. David Smith was instrumental in helping establish this association and served as its president for several years. During this time he received the Commander's Award for Public Service from Col. Dana Robertson, District Engineer of the USACE Huntington District. He also received the River Impact Award from the Rahall Transportation Institute for his proactive contributions to the promotion of river safety.

In 2000, I began employment with Marathon Ashland Petroleum in Catlettsburg. David Smith was a licensed river boat captain already employed by the company. Given his experience and navigational proficiency he was soon promoted to Port Captain, responsible for the operation of and the workforce aboard our fleet of towboats. David and I trained and supervised our employees. We advocated in several public forums for navigation and towing industry safety. Together we assisted the USCG Towing Safety Advisory Committee develop the regulatory framework for the inspection of towing vessels nationwide.

David Smith is among my closest friends in work and life. Throughout our 40 year association I have spent near countless hours in his presence. Never have I seen evidence of a lack of professionalism or integrity. He has been an exemplary mentor to many within the brown water industry including myself.

Finally, as a USCG marine safety professional involved in maritime law enforcement for over 25 years - three of those years as Captain of the Port Huntington - and as a maritime professional for over four decades, I have never heard of the applicability of the Refuse Act of 1899 for the sinking of a vessel that was not abandoned after foundering.

Respectfully,

Frederik A. Nyhuis, Jr.
Commander, USCG(ret)
*Residence:*
263 Kinwood Drive, Milton, WV 25541

EXHIBIT
tabbies
1