**McMURRY & LIVINGSTON, PLLC**
ATTORNEYS AT LAW
201 BROADWAY
P.O. BOX 1700
PADUCAH, KENTUCKY 42002-1700

STEPHEN E. SMITH, JR.
PHILLIP L. LITTLE
G. KENT PRICE
KERRY D. SMITH
ZACHARY D. McMILLAN
WHITNEY J. DENSON
WARNER T. WHEAT
HILLARY C. LANDRY

MILTON M. LIVINGSTON, JR.
W. FLETCHER McMURRY SCHROCK
DAVID C. BOOTH
OF COUNSEL

W. PELHAM McMURRY
(1925 - 2000)
-----
TELEPHONE (270) 443-6511
FACSIMILE (270) 443-6548
REAL ESTATE FAX (270) 443-1867

March 13, 2024

S. Benjamin Bryant, WVSB No. 520
Carey, Douglas, Kessler & Ruby, PLLC
707 Virginia Street East
901 Chase Tower (25301)
P.O. Box 913
Charleston, West Virginia 25323

**RE: Capt. David Smith**

Dear Mr. Bryant:

I am pleased to have this opportunity to provide you with this letter in support of Capt. David Smith. I am a licensed practicing attorney in Paducah, Kentucky, where I have been practicing maritime law on the inland rivers for more than 40 years. In my experience, I have never had a case, nor am I aware of any case, in which the owner of a company that owned and/or operated inland river vessels has been convicted of, or even charged with, a crime for an unintentional vessel sinking, particularly under the circumstances presented by this case where Capt. Smith had in good faith engaged an environmental contractor prior to the sinking in order to comply with the Coast Guard's directive that he remediate a threat of environmental harm.

Furthermore, I have known Capt. Smith personally for more than 20 years as a business owner, client, friend and author for the *Waterways Journal*, the premier river industry magazine, writing historical accounts of boats that have plied the inland rivers. Perhaps his affinity for old boats led Capt. Smith to hang onto some older equipment beyond its useful life, but never in willful disregard of the environment. Throughout our relationship, Capt. Smith has demonstrated that he is a man with a reputation for integrity, honesty, trustworthiness, and loyalty, and holds extremely strong moral and religious conviction, in pursuit of sound business ethics.

Please let me know of any questions or additional information you may need.

Very truly yours,

McMURRY & LIVINGSTON, PLLC

EXHIBIT
tabbies
2

/s/ Stephen E. Smith, Jr.
Direct E-Mail Address: sonny@ml-lawfirm.com

SESjr:bkg