the
WATERWAYS
JOURNAL
SINCE 1887

Nelson Spencer, Jr.
Phone: 314-241-7354

March 12, 2024

Hon. Robert C. Chambers
US District Judge

Judge Chambers,

I understand that Capt. David Smith is due for sentencing and respectfully wish to provide my thoughts as to his character. It is easy to do so. There are very few, if any, that I hold in higher regard than Capt. Smith.

My name is Nelson Spencer, Jr. I serve as Publisher of *The Waterways Journal* and am a small business owner. The name of my family business is The Waterways Journal, Inc., dba Bound Media Group. *The Waterways Journal*, founded in 1887, is a weekly periodical covering the inland marine transportation industry of the United States, primarily focused on the watershed of the Mississippi River System, its tributaries including the Ohio River and the Gulf Intracoastal Waterway. Maybe more importantly we provide a platform for the many working men and women in the industry to connect and foster a sense of community. One of our nation's greatest resources, the inland waterways directly support tens of thousands of jobs (indirectly 270,000 jobs according to the American Waterways Operators association) while making a significant contribution to our economy, national security, and environment by reducing emissions that would otherwise be far greater with alternative modes of transportation. I am a Trustee with the National Waterways Foundation, whose sponsored and independently conducted studies provide the data to support those claims.

I apologize for sharing with you details as to what I do and the industry we serve, however thought it important as Capt. Smith is not only a writer and historian but is best described as a riverman and the latter deserves context. It is a group of men and women that hold integrity, honor, honestly and each other dear. Charged with a difficult but rewarding livelihood, they are a group that often place values above personal gain.

Capt. David Smith has been a freelance contributor to *The Waterways Journal* since before I joined the business in 2002, covering relevant news and events occurring in the Ohio River

EXHIBIT
4

Valley. Capt. Smith is currently the author of our "Old Boat Column," which connects river enthusiasts and current members of the inland marine transportation industry with its rich past. This column is the single most popular column we publish as evidenced by our 2023 Readership Survey. Writing this column is no easy task as we focus on a different steamboat or diesel towboat each week and connect it with its place in river history. Since the column was introduced shortly after World War II, it has had a total of four authors. Capt. Smith is number four and is second to none among any living river historian familiar to me.

When I first met Capt. Smith in person at the Inland Waterways Conference in Cincinnati, he treated me as he has many others before and since. He was a mentor and a quick friend happy to introduce me to the room. Nearly every single person in attendance knew and respected Capt. Smith and those introductions helped me build the network I enjoy today. Today, when Capt. Smith enters the room of the many industry events he attends (at his own cost and without seeking personal gain), the reaction is the same. There are generations of mariners who respect and love, Capt. Smith.

Over the many years I have personally known Capt. Smith and by reputation the years prior, I can think of no incident where his values were questioned. To the contrary, many have been justified in modeling themselves after Capt. Smith.

I believe Capt. Smith is a treasure to the industry I proudly serve. Our former Publisher (my Dad) and our longtime Editor of 30 years will both say the same. I speak on behalf of all of us when I say that the man that will appear before you, as humble and modest as he may be, is not only considered a model citizen but an exemplary riverman.

Thank you for your time and consideration.

Sincerely,

Nelson Spencer, Jr.
Publisher, *The Waterways Journal*
President, Bound Media Group