David E. Dewey
6160 New Hope Church Road
Paducah, KY 42001
(270) 832-1866

March 8, 2024

Honorable Robert C. Chambers, U.S. District Judge
Sydney L. Christie U.S. Courthouse and Federal Building
845 Fifth Avenue
Huntington, WV 25701

Dear Judge Chambers:

My name is David E. Dewey, and I am writing on behalf of Mr. David K. Smith. It is my understanding that Mr. Smith has pleaded guilty to an environmental crime and will soon be sentenced in your court.

I am 73 years old and have lived in Paducah, KY since 1985. I have held a U.S. Coast Guard pilot's license since 1972 and still work occasionally as a river pilot. I now devote much of my time to prison ministry at the KY State Penitentiary at Eddyville, KY. I have a wife of forty-four years, three grown daughters and two grandchildren.

Capt. David Smith and I have known each other since the early 1980's from our work on the river. Our river careers have followed very similar paths throughout the years. We both have a great love for the river and for the people who work in the river industry. In addition to our paid positions, we both served in volunteer positions representing the river industry working with the U.S. Army Corps of Engineers and the U.S. Coast Guard.

I consider David Smith a true friend and a gentleman. David loves this country, and he loves God. He has a very strong faith and is an active participant in his church. I have witnessed him live out his Christian faith countless times in how he treats people and in the many ways that he serves God. He has helped many men who were down on their luck by providing them employment on the river and by being their friend.

Thank you for the opportunity to provide my opinions of David K. Smith.

Sincerely,

David E. Dewey

David E. Dewey

EXHIBIT
5