EXHIBIT
6

# M/V GATE CITY
# DOL 01/10/2018




FINAL REPORT & DOCUMENTATION

Neptune Marine Surveys & Services, Inc.
5260 Terrace Ridge Drive
Milford, Ohio 45233
(513) 941-4700

**NEPTUNE MARINE SURVEYS & SERVICES, INC.**
**5260 TERRACE RIDGE DRIVE**
**MILFORD, OHIO 45150**
**(888) 820-6409**

# SURVEY REPORT OF THE SINKING OF THE M/V GATE CITY

**REPORT NUMBER:** E-01101801 WV

**VESSEL: M/V Gate City**

**DATES OF SURVEY:** (See detailed narrative)

**DATE OF REPORT:** 05/22/18

**LOCATION OF SURVEY:** Argus Energy Terminal, Big Sandy River at or about mile 7.8 RDB
Riverway Terminal, Big Sandy River at or about mile 7.7 LDB
McGinnis Riverside Dock, Ohio River at or about mile 317.6 RBD
McGinnis Sheridan Dock, Ohio River at or about mile 320.5 RDB

**TYPE OF SURVEY:** Sinking/Damage Survey

**AUTHORIZATION:** Mr. Larry Grieb, ASH Group

**FOR THE ACCOUNT OF:** River Marine Enterprise, LLC.
PO Box 1795
Paducah, Kentucky 42002
Mr. David Smith, (270) 534-5693

**ATTENDING SURVEY:** Edward F. Opp, Neptune Marine Surveyor
(See detailed narrative for attendees/dates/times)

**SYNOPSIS:**

On 01/10/2018 and at or about 0930 hours this office was contacted by Mr. Larry Grieb of ASH Group to survey and assist with survey and salvage of the M/V Gate City. The vessel was reported to have sank overnight on 01/09, 01/10/2018 while tied at her moorings at the Argus Energy tri-ties on the Big Sandy River. The vessel was reportedly unmanned and there were no injuries reported.

This surveyor arrived at the Riverway Terminal, across the Bid Sandy River from the Argus Energy dock at or about 1330 hours on 01/10/2018. River Marine Enterprises operates a small dock at the Riverway Terminal and access to the M/V Gate City is available from this dock via Jon boat or local harbor boat operated by Superior Marine.

**SYNOPSIS: (continued)**

It is believed that the Superior Marine Harbor boat initially reported the loss around daylight. Per David Smith, watchman reportedly check vessel at or about 1900 hours on 01/09/2018, reporting that nothing out of the ordinary was noted.

Upon this surveyors arrival the M/V Gate City was observed to be resting on the river bottom, bow upriver and listing riverward. The vessel was submerged to the first deck roof on the riverward (starboard) side and approximately 4' below the first deck roof on the shoreward (port) side. The bow of the M/V Gate City was tied off to the stern of the M/V Anna C, also moored to the tri-ties at the Argus Energy facility.

Weavertown Environmental Group (WEG), reportedly hired by the vessel owner Mr. David Smith, was on site at the Riverway Terminal with equipment and personnel to provide pollution control for fuel and oils leaking from the vessel. This surveyor spoke with Ms. Kay Davidson, site coordinator for WEG. Ms. Davidson reported that WEG had placed a containment boom around the M/V Gate City and deployed oil pads and absorbent booms where accumulations were observed downstream of the site. Ms. Davidson reports that she was advised that approximately 3,500 gallons of fuel and oil may have been aboard the M/V Gate City at the time of the sinking. The river current has reportedly allowed leaking fluids, as observed by the oil sheen, to proceed downriver affecting several loaded Ingram coal barges and the adjacent shorelines. Ms. Davidson reports that the USCG has been notified and is enroute to the site and additional WEG personnel were responding.

Freezing temperatures were reported in the days before the incident and it is reported that the river was covered with two to four inches of ice in the days prior to the incident. The ice in the area surrounding the M/V Gate City had been broken up the day before the sinking by the Superior Marine Harbor vessel when the local coal terminals returned to operations. Ice still covered the river just upstream of the sinking site on 01/10/2018.

The river level on the Big Sandy River at the Louisa Gauge was at 4' on the day of the sinking. Recent history showed a sharp 10' rise on the Big Sandy on 23 December 2917, falling and stabilizing at 4' on or about January 7th, 2018.

Following is a timeline of events and findings from the date of this surveyor's arrival at the site.

**FINDINGS/TIMELINE:**

**1/10/2018 Wednesday 09:30 am**

- Call from Larry Grieb, Ash Group (502) 228-8831 (extension 230)
- M/V Gate City sank at her moorings
- Tied up at Riverway Dock:
  - Route 23 5-6 miles past Catlettsburg

**FINDINGS/TIMELINE:**

  - 32 to Portsmouth/ 73 South
  - Big Sandy
  - Checked twice a day by watchman, Todd Keaton
- David Smith (606) 547-7112
  - Weavertown Environmental contacted by David Smith
- Coast Guard
  - P.O. Michael Rushane, Geoff Scibek
  - (304) 563-9084
- Starting Mileage 119930
- Riverway Coal Dock-KY Side
  - 14305 Old US Hwy 23, Catlettsburg
- Docks Creek, WV (Sinking Site, across the Big Sandy from Riverway Dock
  - 2625 US 52, Kenova, WV
- Shawn Stapleton (Shawn)
  - (606) 585 6432
- WV-access from KY side, Riverway dock via boat.
- Contacted McGinnis, Les Lore, not interested in raising the M/C Gate City.

**1/10/2018 Wednesday 12:00**

- Jacob Thompson
  - Safe Harbor
  - (985) 474-9825
  - Will be here 1/11 morning
- Keith Blount
  - (304) 549-7201 (NO) Not interested in raising the M/V Gate City, no equipment available
  - 12:44 pm 1/10/2018
- Route 23, Riverway dock, mile 7.5 Big Sandy
- 3 empty drums on back of Gate City. – port side

*Fuel/oils, unknown quantity on board

- Rick Sacoulas, River Salvage
  - (412) 965-3803
- On site 13:30
- Coal Load OR 5285, (downstream) possible oil contamination on hull
- 13:30 talk to Kay Davidson on site Manager with WEG. USCG on their way.
- ? 3500 Gallons fuel + oils etc. (WEG)
- Big discrepancy by owner re fuel/oil/chemicals on board.

**FINDINGS/TIMELINE:**

**1/10/2018 13:30 Wednesday ON-SITE**

- Met with Kay Davidson, Manager, WEG Weavertown Environmental, advises the following:
    - Booms out, skimmer on its way.
    - Vac Truck on the way.
    - Pontoon boat sampling now for EPA.
    - Coast Guard on the way ETA 14:45.
- Geoffrey Scibek USCG Huntington.
- McGinnis – Les Lore- No equipment.
- Keith Blount- Madison Amherst-No equipment.
- Rick Sacoulas/Jimmy with River Salvage-Preparing quote.
- 2 barges with oil on sides – OR 5285 Coal Load.
    - Call Greg. WEG can clean if needed.

**1/10/2018 on WV Side Wednesday**

- CG on site 14:45
- USCG on access side (KY)
- Pictures taken of boat.
- WV and KY EPA Officials on site
- EPA-need more boom.
    - Put out around boat
- KY Dept of Environmental Protection
    - Phillip Carter
    - (606) 776-2360
- 17:00 still waiting for WEG to return with boom, pads, boat.
- All WEG left site around 16:00.
- Environmental folks from KY upset that WEG personnel left site.
    - Want water intake boomed for the city.
- Shawn Stapleton drove to site, lives approx. 8-12 miles away.
- Tried to get Larry Grieb several times-left messages.
- Need diver/salvage permissions.
- WEG returned and after conversations with WV & KY Environmental guys. WEG reportedly hired Evergreen to assist with Boom around intakes at Ashland OH & Kenova WV intakes.
- Who is taking water samples?
    - PACE to do sampling on behalf of Weavertown Environmental.
    - Per KY Environmental response team Phillip Carter.
- 1/10/2018 Samples to be taken
    - 18 VOA Samples
    - 4 PH Samples
- Repeat Samples
    - 1 Upstream

**FINDINGS/TIMELINE:**

- Source
- 2 Down Stream

- Evergreen Environmental
- CTEH Sampling Company (Not Used)
  - (866) 869-2834
- Evergreen Environmental
  - 2 boats
  - 4 people
  - 2 x 500
  - Boom to protect Intakes (Kenova WV & Ashland KY)
- WEG has boat & Kay Davidson + 5 on site 17:00 .
  - 1900 Done with additional Booms around Gate City.

**1/10/2018 Wednesday 18:30**

- Holiday Inn
  - $103.00
  - 13131 Slone CT, Ashland KY
- Pics sent to Larry Grieb @ 18:45
- Left site 19:30 – Surveyor went home to Aurora, In

(Miscellaneous Page)

- M/V Gate City
  - 123x33 Twin Screw
  - 1956 St. Louis Ship
  - Off #0272715
- 1/10/2018 Superior moved Ingram loads out with USCG permission @ 18:00.
- 1/11/2018 Bid to Paul Weisner. (unable to do the work)
- Bid to United Diving
- Diving – Clark Sigmund
  - (304) 949-6392
- McGinnis not available
- Geoffscidek@gmail.com Geoff Scibek, USCG Liaison, Investigator

**1/11/2018 11:00 Thursday On Site**

- Superior M/V Michael D here @ 11:30
- United Diving here @ 11:30
- Coast Guard 3 total including Geoffrey Scibek
- Jacob Thompson here with Safe Harbors
- Weavertown- Kay Davidson and several others.
  - Pontoon boat.
  - Trailer load of pads/clean-up supplies & roll-off dumpster.

**FINDINGS/TIMELINE:**

**1/11/2018 Thursday 11:30 to 11:50**

- Divers, Geoffrey, Ed took boat to site for review/site visit.
- 2 AEP empties above lower oil spill.
- Boom, some contamination on side of lower barge.
- AEP 256 (contaminated) & AEP 7053.
- Notify Mike Nadicksbernd of ACL @ 12:10 hours regarding possible contamination.
- Plan to move AEP 7053 to KY side, work on permission to move AEP 256 to clean dock.
- Contact Jeff Irby at Superior to keep harbor boat in the area to move AEP MT's.

**1/11/2018 Safety Meeting @ 12:35 Thursday (All parties)**

- 13:10 move Superior boat & crew to dive site.
- *AEP 256, (MT) AEP 3722, (MT) AEP 7053, MEM 496 loading at upper Riverway dock.
- Found 2 part leaving line, STBD Bow of Gate City to STB Stern of ANNA C. 2 part leaving line port bow Kevil to stern port Kevil ANNA C.
- Stern line broken to tri-tie on Gate City. Photos taken.
- Diver in @ 14:05.

**1/11/2018 Thursday Dive**

13:20 At Gate City.

- 13:45 Divers setting up equipment.
- 14:00 Called Larry Grieb & gave update. Paul Weisner declined salvage. Larry will advise if River Salvage contract is accepted.
- 14:05 Diver in.
- 14:20 WV Water Quality people showed up w/National Guard.
- 14:25 New Lock Line-2 part secured around Hillside Piling & Port FWD ¼ Kevil.
  - 14:30 Moving lock line to stern to connect to Lower Tri-Tie, approx. 6 ft from port side on Gate City

4 part lock line on stern Kevil to Tri-Tie.

- 15:30 Divers Plugged/Bagged vents/doors as well as possible.
- 15:40 Diver out. Lock Line connected to Center bow bitt on Gate City.
- 16:15 At Dock-Discharge Divers-Good job! Got Bow and Stern lines in place, cut lines between boats to avoid sinking Anna C. As soon as divers off will return to site to make sure all is well.
- 16:45 Return to site for Safety Check. No issues.
- 17:00 Dive team De-mobbed & out the gate.
- 17:10 Additional absorbent pads deployed.
- 17:30 Departed Riverways, went home until Salvage crew arrives.
- 17:30 Superior making one last trip upstream w/ USCG folks.

**FINDINGS/TIMELINE:**

**1/12/2018 Friday**

- **Miscellaneous Notes at top of page and multiple attachments to notes**
  - Todd on
  - Boat 4 pm
  - 7:30 pm OK from Coal Dock.
  - 340 tons
  - Gate City tied off at dock since 2009
- Text from USCG Geoff Scibek stated he had Anna C moved to Riverways Dock for removal of all waste oils and oily trash. Shawn Stapleton on 24 hour watch. Moved Anna C around 13:00 Friday 1/12.
- Called David Smith River Marine.

**1/14/2018 Sunday**

- Jacob Thompson called with update @ 6:50 pm 1/12/2018.
  - Clean harbors also working site
  - Doing Anna C work
- Geoff Scibek text reference conference call with USCG on Monday morning.

**1/15/2018 Monday**

- Called Rick Sacoulas at River Salvage for an ETA @ 08:00.
- Called Larry Grieb @ 08:55.
  - Discussed situation/options
- Rick Sacoulas says 15 barges against rollers @ Emsworth . No ETA yet for Salvage crew
- Conference call with USCG PO Rushane @ (304) 563-9084.
  - Discussed salvage-no ETA yet due to high water issues.
  - No options for other salvors.
- Wayne Thomas- Martin Ottaway (908) 568-7867.
- Jimmy Zubik called at 16:04 and says his boat is with equipment and crew on board. Ready to go as soon as water recedes so equipment will go under bridges. OH river should drop Wednesday/Thursday and crew will get underway as soon as route is clear. ETA (Tentative Monday/Tuesday 1/22-1/23/18).
  - Notified Jacob Thompson, Wayne Thomas, Mr. Scibek, Larry Greib.

**1/16/2018 Tuesday**

- Called Shawn Stapleton (Shawn) and Left Message. Check on status of Gate City 13:10 hrs. Shawn called back @ 14:30 and said all good, no changes in positions, river falling out 2 feet so far, should be 2 more feet overnight into Tuesday.

**1/22/2018 Monday**

- River Salvage departs for Big Sandy.
- Advised all parties of departure.
- Call Duane Harper.
- Superior Matt Manns.
- Rick Griffin (740) 533-8947.

**FINDINGS/TIMELINE:**

**1/23/2018 Tuesday Telephone Conference with USCG @ 13:30**

- Telephone conference with USCG at 13:30.
    - 1 oil when raised.
    - 2 boats working.
    - Meeting ended @ 13:57.
- Superior will Dry Dock if needed.

**1/24/2018 Wednesday**

- River Salvage Equipment @ Carntown 447 currently.
- Big Sandy mile 317 on Ohio River.
- Made notifications that equipment will not be on-site until Friday Mid-day.

**1/27/2018 Saturday**

- Rick/Shawn.
- River Salvage.
    - River Salvage POC Rich Shimko (412) 292-8774
- Dave Grimm- Pilot .
  (412) 860-0790
- Salvage plan attached.

**1/28/2018 Sunday**

- On site @ 14:00.
- Off site @ 1700
- Met Shawn @ Riverway.
- Forefront Emergency Management.
    - Dallin Coffman.
    - (801) 368-6939
    - Virginia
- Appalachian Mining (Riverway Terminal Manager).
    - George Arrington
    - (606) 325-7371
- Mike Arrin.
    - (606) 923-1012

**1/29/2018 Monday Safety Meeting @ 06:50 M/V Gate City**

- On site at 06:00. (Riverway Terminal)
- Josh Henkenmeyer – River Salvage (Salvage Master)
- Rick Carlisle – Evergreen
- Dale McClurs – Evergreen
- Daril Hunter – Evergreen
- Wayne Thomas – Martin Ottaway
- Rick Shimko – River Salvage
- Corey Hemmerich – Allied Underwater
- Taylor Lunsford – Allied Underwater

**FINDINGS/TIMELINE:**

- Jake Ryle – Allied Underwater
- Curtis Maynard – Allied Underwater
- Geoffrey Scibek
- Ed Opp
- Off site @ 15:30.

**1/29/2018 Monday Big Sandy**

- 06:00 On site @ 06:00. Safety meeting (list of attendees above).
- 08:20 Move Crane Barge 109 in & Spud down. Divers setting up, boat moved down river to get A Frames still moored at the mouth of the Big Sandy.
    - Diver Taylor Lunsford.
    - Communications Curtis Maynard.
    - 2nd Driver Corey Hemmerick.
    - Tender Jake Ryle.
- 09:23 Diver in for inspection. Check port side of boat…ok.
- 10:02 Checking Aft of boat for debris etc.
- 10:49 Diver out. Nothing found. Covered 100' below 50' wide area.
- 11:00 All stop – awaiting boat & A Frame to return.
- 12:15 Michael Ash called to check up.
- 12:15 Still All stop- ETA for A Frame 15:00.
- 12:50 Dallin at Evergreen called and wanted to release his crew if we were done. Told him I can't authorize him or his crew to leave.
- 13:10 Standing by for A Frame.
- 14:10 Boat returns w/ 1 A Frame.
- 14:30 Pull spuds & move crane to landing to drop off divers. RS could not push both A Frames up together, low power lines not charted. Had to drop Booms & drop Spuds while passing under lines by pipeline crossing. USCG concerned about low lines & will check out. Crew dropped off divers & will reset (spud down) Crane Barge. Then they will go pick up 2nd A Frame and bring to site. Should be ready to rig on Tuesday morning.
- 15:15 Off Site.

**1/30/2018 Tuesday M/V Gate City**
**Day 1 For Salvage**

- On Site 06:30.
- On Board 07:00.
- Dive crew arrived 07:15.

- 07:30 All on spuds up and moving down river.
    - River up approx. 1' today.
- 08:05 Safety meeting. Same parties as yesterday except for Evergreen guys and + 1 Coast Guard.

**FINDINGS/TIMELINE:**

- 08:10 Prep divers to put sling at stern first.
- 08:30 Float in water & secured to stern.
- 08:55 2nd Float placed. Rigged ¾ wire F/Divers to pull under stern.
- 09:03 Diver in.
- 10:00 Diver out. Rigged ¾ wire under stern over shafts.
- 10:18 Pulling 3" wire under hull 2-3" x 50'.
- 10:43 Adding 3rd 3" x50 wire to stern. Total of 150'.
- 10:50 Diver back in to survey 3", make sure all clear, no snags, and crane has wires tight in place for survey by Allied.
- 11:00 Diver out. All good.
- 11:30
- 12:00 Move down and pick up Big Al A Frame and position at stern of M/V Gate City.
- 12:10 A Frame in place at stern.
- 12:41 A Frame block connected to slings.
- 13:00 Floats pulled out, lifting spuds on A Frame to center lifting block.
- 13:20 Centered block, All Stop.
- 13:40 Move crane barge alongside A Frame, pick up float & move it to deck of Big Al.
- 14:00 Rig Knuckles (softener plates) to protect Stern Hull Plate.
- 14:30 Diver in to set softeners at Stern.
- 14:50 Diver got starboard softener set.
- 14:55 Port softener in water and diver is working to set it.
- 15:20 Diver out. Softener plates set, tension on Big Al & slings.
- 15:30 Repositioned crane to bow end of Gate City. Placed float in water as work platform. Cindy Z depart crane and went to get 2nd A Frame and position above Gate City.
- 15:45 Called Shawn Stapleton to confirm that we can use Riverway Dock on Thursday/Friday to clean Gate City.
- 15:45 Diver in.
- 16:10 Diver out.
- 16:20 Slings set. Move Large Marge into position.
- 16:30 Turning Large Marge in the river.
- 16:30 Called Wayne Thomas & Dallin Coffman and advised that we intend to pick up Gate City Wednesday start 07:00 (or 06:30). Arranged to have GC moved to Riverways Dock Wednesday night/Thursday morning to begin clean out.
- 16:45 Large Marge in position; Spuds dropped.
- 17:30 A Frame in place, moved boat back to crane, secure all.

**Notes:** Max 40'.

- Crest out on Wednesday 46'.
- Today Big Sandy forecast 9' rise. 18.7 to 27.9.

**FINDINGS/TIMELINE:**
**1/31/2018 Wednesday Gate City**

- Normal 18" Freeboard on Gate City.
- 06:30 On site.
- 07:00 On Boat/Rigs.
- 07:00 Warm up equipment/thaw frozen air lines.
- 07:30 Standing by
- 09:00 Shift Large Marge cable between ties and issue resolved
  - Notify water intakes/begin lift in 2 hours.
- 09:00 Safety Meeting. Add Wayne Thomas & previous crew.
- 09:15 Spoke with Evergreen. Adjust Booms for larger footprint around Gate City.
- 09:25 Shift crane barge against Big Al.
- 09:50 Permission given to begin lift by CG.
- 09:55 Begin lift on bow.
- 10:18 1st Pump placed in center bow void.
- 10:51 2 more 3" pumps. Added 2 in hatch in bow deck.
- 10:30 Leak in oil boom along crane, slow response from Evergreen to bring sock boom to aft end of crane barge.
- 11:00 Pumping…slowly bow coming up.
- 11:00 #1 void pumped dry.
- 11:23 Begin pick up on Big Al.
- 11:50 Port Starboard #1 tanks being pumped with 2 - 3" pumps.
- 12:07 Shut down pumps in #1 port. Started pumping red fuel out.
- 12:18 Moved 2 3" pumps to STBD #2.
- 12:54 Lift stern decks now at ½ exposed on STBD side.
- 13:06 2 hatches exposed STBD just aft of amidships. Move pumps to exposed hatches. Pump placed at STB #3 hatch opening. #4 pumping.
- 13:20 Pumping #3 & #5 hatches STBD side.
- 13:58 Pump placed in stern void. Leak in side plate #5 STBD 3' below deck at hatch. Leak in #1 STBD side 3' below deck at hatch.
- 14:20 Still pumping. Added 1 pump to engine room.
- 15:00 Move tree off STBD deck & place on Gate City Roof (contaminated material). Put 2" pump in STBD stern void. Port stern pumped out.
- 16:47 Pumped stern dry, bow fwd dry, aft bow minor leak maintained with sump pump. STBD #1 ok, #2 ok, #2 pumping, #4 ok, #5 pumping with 2 pumps, #6 ok, #7 ok, #8 small leak, 1 pump in engine room.
- 17:25 3 pumps in engine room.
- Drawings attached to these notes.
- 1800 Left site

**FINDINGS/TIMELINE:**
**2/1/2018 Thursday**

- USCG C/O is Tonya Giles.
- Jim Justis WV DNR on board.
- Safety Meeting @ 07:12.
- Game plan for today is to use 6" pump to really get ahead of water ingress and allow access to engine room. Put divers in to seal off as many leaks as possible. West Virginia DNR supposed to be on site @ 09:00. Geoff made notifications for 2-hour window to water intakes. Shawn Stapleton on site today for tech assistance regarding vessel configuration.
- 08:00 RS setting up for pump operations. Fuel up Large Marge off crane barge.
- 08:17 First pumps start. 275000 on hooks. Pumps in #3, 4, 5 starboard side.
- 09:04 Curtis diver in looking for leaks. 2 ½' x 2' hole punched in engine room floor plate. 7' L x 2" at knuckle @ center kevel aft 7' holes all along knuckle.
- Diver out.
- Con Fab- What to do?
- Stern dry x 2.
- 1, 2, 3 River level, 4 River level, 5 River level, 6 -2', 7- 6", 8 dry.
- Main Engine 12 cyl EMD Port.
- Main Engine 16 cyl EMD STBD.
- No port GEN.
- STBD GEN intact. Port GEN engine lying disassembled on main deck in engine room
- 11:00 Rig 10" pump & put pick up thru #5 STBD Window (knocked out). Going to try to pump engine room out & see 2 ½' x 2' hole. May have diver go under and apply patch materials while pumping engine room. Extra cautious about oil spillage.

Pumped engine room down in about 30 minutes until we reached oil and stopped water welling up on STBD BLKHD Mid-engine. Possibly hole in BTM 2 ½' x 2'. Pump off, driver readying to make patch attempt.

- 12:03 Diver in to attempt repair.
- 12:15 Big hole filled. Patch w/ okum smaller openings.
- 12:50 Diver out. 2 pumps in #4 and #5. Start big pump to pull engine room down.
- 13:20 USCG CO on board. Good conversation.
- 13:40 Pumps running-making good headway.
- 13:55 4 - 3" pumps running STBD voids. 1- 2" electric.
- 15:17 Still pumping. Diver going back in to seal up identified leaks.
- 16:00 Diver out.
- 16:10 All stop. Drop boat in water for night.
- 16:50 Gate City Floating on her own
- 17:30 Out.

**FINDINGS/TIMELINE:**
**02/2/2018 Friday**

- 06:30 On Board. Talked with Jimmy by phone to explore options.
    - Move in slings to Riverways & clean while in slings.
    - Talk about move to dry dock-cut up.
    - Move back to site in slings.
- 07:00 Safety meeting. 14 personnel present
- 07:00 Gained minimal water overnight.
- 07:30 Place 3" pump in engine room, check hatches, minimal change. Amidships hatches flooded river level. Boat now floating on her own over 10 hours. No major leaks
- 08:00 Shawn making drawing of boat by deck levels
- 09:05 Diver in to check engine room patch and splash zone ER patch and others.
- 10:00 Diver out. Pumps off…all stable.
- 12:00 Out to USCG headquarters meeting.
- Michael Mann (304) 617-7800.
- Superior-Robert Schrader (304) 412-5067.

**Return to hotel after meeting**

**2/3/2018 Saturday Gate City Safety Briefing**

- 06:00 On site.
- 07:00 On boat.
- 07:30 Safety Brief.
- 07:30 Divers setting up. No pumping overnight. Made 3' engine room. Diver in repairing small leaks, repairing big patch, Corner of patch had a small leak. Photos of Torpedo Heater and EXT cord in engine room, BTM of stairs mid-engine.
- 08:50 Diver out.
- 09:05 Call Superior for boat-barge status (Made arrangements last night for bare boat charter f/2 Ingram MT's from Greg Jarrell and David Smith) on charter beginning 06:00 today f/ 2 weeks.
    - Superior (740) 894-6224 Robert (304) 412-5067
    - M/V Michael B Channel 68 (304) 412-5056 boat phone
    - CTC 0419 load in the way at upper dock.
- 09:25 Boat-barges 20 minutes out.
- 09:50 Michael B fleeted our 2 MT's. Moving coal load out of the way from Temple to Fleet. Pollutions guys removing booms from Gate City. Work flat pulled out of water, A Frames fired up-ready to pull spuds and tighten gap between Gate City & Frames.
- Need to discuss cleaning of Gate City and time is of the essence. Concerns about husbandry of vessel while at Riverway Dock and during transit to Superior.
- 10:10 Shift A Frames. Getting ready for move.
- 11:30 Still moving A Frames & Booms.
- 11:47 Pull Cindy Z off Large Marge (now in channel), moving down to move Big Al out into channel. Pollution people slow.

**FINDINGS/TIMELINE:**

- 12:08 Lift spud on Big Al. Shift stern of GC out into channel. No change in water in voids/engine room. Get OR5201 ING1576 (Bare Boat Charters).
- 12:28 Moving 5201-1576 alongside fleet.
- 12:39 Barges secured to A Frames, all wired in moving Cindy Z to Large Marge.
- 12:47 Lift spuds, begin descending.
- 13:04 At dock, spuds down.
- 13:16 Moved Superior Boat & Chartered Barges away.
- 13:36 All set at dock. Barges fleeted, Michael B departs.
- 13:41 Vac Truck moved in at Riverway.
- 13:50 Moving to pick up crane & move back to site to pick up pumps/hoses.
- 14:30 Crane back alongside Gate City.
- Watch set for 8 pm to midnight to 0400. Check every 4 hours.
- 15:15 Safety Brief with all & survey of boat by all supervisors.
- 16:00 Briefing done. Walk around with Evergreen guys showing patch areas in engine room. Not to wash epoxy patch area !
    - Sump pump in bow deck, winch comp port side.
    - Sump pump on bow deck next to port push knee.
- 16:30 Boat took DEP & USCG around site.
- 16:30 Return to dock @ Riverway.
- 17:00 Out. Return home. Shawn will maintain watch every 4 hours.
- NOTES…Husbandry of vessel. How many? 2680 @ 5' gal per hour on Green elect pumps 1/3 HP.
- Watch since Sat. night beginning at 2000 hrs & every 4 hours.

**2/4/2018 Sunday**

- Sunday was Evergreen cleaning day at dock. Boat in slings, and crew had a rest day. No diving. Shawn monitoring any/all leaks.

**2/5/2018 Monday**

- 0600 On site
- Boat at Riverway Dock, sitting well, cleaning crew doing a good job. 21" water n engine room as of last report.
- 07:00 Crew on board. Divers prep for last dive survey.
- 07:10 Called Jeff Irby @ Superior. He will call back. Need to find out status of boat, crew, rigging, and dry docking.
- 07:30 Received call from Jeff Irby. Update from him about our needs today. He will have Bob McKuen call me when he comes into the office. Called Greg Jarrell to see if we can borrow some rigging. Need at least 8 35' wires and ratchets. Greg will check and call back.
- 07:53 Diver out.

**FINDINGS/TIMELINE:**

- 08:00 Bob McKuen called and said he was not aware that we would be ready today. He has a boat on dry dock and he will have to confer with his folks about what to do next. Lots of confusing info going around, need to have decisions soon! Consider McGinnis for options at this point. Options: float in harbor on Big Sandy with monitoring/pumping.
- 08:50 Called Michael Ash and advised him of situation. USCG and DEP WV will likely give o.k. to release Gate City today. River Salvage will want to pull their equipment and get out of town…That will leave Gate City high and dry!
- 09:30 Talked to Michael Ash and discussed situation. Michael will call David Smith and see if he can work something out with Dan Sayers @ R&D to take boat. Still need rigging and ratchets.
- 09:45 Bob McKuen called. He will be sending 2 guys up to look at the boat.
- 10:26 Talked to Michael Ash. No new news.
- 10:30 Photos of 2 bilge pumps, 1 - 2" gas pump and 2 Elec Kero Torpedo Heaters taken off boat.
- 10:30 CO of USCG and 2 DEP WV on site. Old McGinnis…3 old yellow ratchets. Wires at McGinnis @ Sheridan.
- 11:00 Jason & Bill from Superior on site.
- 11:30 Jason and Bill left.
- 12:58 No word yet when I called Bob McKuen.
- 13:09 Called Michael Ash. Still in bad situation. Very few options left. Michael will call David Smith and Matt Manns.
- 13:30 Called Jeff Irby @ Superior and asked for Barbara C to help string up A Frames & GC for move to Fleet and free up Riverway Dock. Permission granted. Making arrangements to move up stream to original location temporarily until dry dock arrangements can be made.
- 14:09 Michael Ash called back after talking to Michael Manns. MA reports that the vessel is still dirty with oil and they will not take it until it is gas free and clean. I explained that the CG allowed us to move w/o spic/span cleaning because we were going to Marine Ways/Dry Dock.
- Otherwise USCG & DEP will cancel move and require spic/span cleaning before any other option can be done. Michael also said Superior guys who came on board had said a sea chest valve was broken. This valve is for a stand-alone water tank, <u>NOT</u> sea chest and was only draining out residual water. There are <u>NO FITTINGS</u> leaking in engine room other than the drive shaft seals.

**FINDINGS/TIMELINE:**

**2/5/2018 Continued**

- 15:00 Changed plan to move back to the original site and decided to drop rigs & Gate City down to lower tri-ties where David Smith's other boats are tied off (Anna C, Uncle Otis, &Regan) due to better access to power. Booms will be moved to encapsulate all 4 vessels so that we can maintain husbandry of Gate City until such time as it is cleaned and found to be acceptable to be taken by Superior.
- 16:30 Move to lower dock complete. Dock owner notified that his dock is clear. Pollution (Evergreen) notified that they could go ahead and place boom around vessels. Shawn is rigging up pump and GENS to maintain water level aboard GC.
- 17:00 Placing booms. Shawn (Shawn) is setting pumps with GEN on Uncle Otis running with approx. 1200 gal of fuel on board.
- 17:30 Off boat. 06:30 tomorrow meeting on WV side for pick up.

**2/6/2018 Tuesday**

- 06:30 On board.
- 06:30 Talked to Geoff Scibek and advised him that we need USCG demands in writing today at 2 pm meeting. Geoff wants detailed pollution plan, where it will be done, Asbestos and Lead Abatement, Spic/Span clean, and gas free. Boat needs to be wired into 2 MT Ingram barges today with maintenance plan.
- 08:00 Divers prep to do dive survey, plug all holes they can find. Need to pick up rigging.
- 08:45 Diver in.
- 09:00 Diver out. Current is too swift.
- 09:00 Received call from Mark Riddle, Riverway Terminal Manager. Mark complained that Evergreen left his yard a mess and he wanted me to come over and see. Conflicting schedules, meeting tomorrow with Mark Riddle, USCG Scibek, Evergreen, and myself.
- 09:00 Walked engine room looking for cause. Piping under engine room deck plated on c/c, just aft of compressor room, are leaking water.
    - 1 valved pipe (1 ½") flows water when open but was found in closed position.
    - 2nd 1 ½ pipe is open, no valve, and is flowing P stream of water. Followed pipe forward to fwd compressor room bulkhead where it disappears under bulkhead. Moving fwd this pipe.
    - Broken fitting on starboard cooler pipe, not leaking any water. Was valve shut off? Salvage crew reported no water leaking from cooler when vessel was raised.
- 11:30 USCG meeting @ 14:00. Left site at 11:30 to clean up for meeting at their office.
- 14:00 USCG meeting attended by C/O Tonya Giles, Geoff, 2 WV DEP, USCG Mike (Pollution), 2 other USCG and Josh from River Salvage. C/O wants a Watch Plan (Float Plan or Mooring Plan) for when vessel is removed from A Frames. This includes Watch Plan, Pump Plan, and being wired in 2 Ingram barges. For clean up the USCG and the DEP want thorough cleaning with Marine Chemist Gas Free Certification. Personnel should not enter contaminated voids w/o permits. (Advised Shawn not to enter void spaces until cleaned.)

**FINDINGS/TIMELINE:**

**2/6/2018** **Continued USCG Meeting Notes**

- Watch Plan.
- Wire it in.
- Stand by pumps.
- Tom Gody- Marine Chemist.
- Need access permit/burn permit.
- Float plan.
- 24-hour watch.
- Equipment on board.
  - Clean up. Gas free.
- McGinnis – Less costly.
- Option: ?
- 24-Hours:
  - Anna C
  - Reagan
  - Uncle Otis
  - IN 1576
  - OR 5201

2/7/2018 Wednesday

Worked on plans for USCG, McGinnis. Looks like Moving to Superior falling through. Vessel holding its own, crew doing maintenance work, standing by for orders/plans

**2/8/2018** **Thursday**

- Conference call with McGinnis, Michael Ash, Larry Grieb
  - 11:00 hours
  - (866) 640-4404
  - Pin 583679#
- 1 or 2 boats/crew.
  - 2 boats for move
  - Pick up rigging. 8 wires and 3-4 ratchets.
- 5000 day maintenance in Fleet at McGinnis
  - Dry dock hull
  - Pull wheel shafts to stop leak (drawing attached)
- Hold Harmless needed for McGinnis
- Asbestos Abatement
- 11:00 Conference call with McGinnis, Bruce Mc, Rick, Dwaine Stephens, Larry Grieb, Michael Ash, and myself.
- 11:30 Call from Michael and Larry.
- 14:00 Meeting at USCG Office. Asked for extension of time from EOB today to Monday 2/12 for move and clean/destruction plan.
- 72 x 56" Stainless Wheels on Gate City.

**FINDINGS/TIMELINE:**

- Telephone Meeting with Michael Ash/Larry Grieb
  - Item 1: Change address to reflect River Marine Enterprises.
  - Item 1: Make plan happen as soon as possible.
  - Item 2: 5000 per day maintenance at McGinnis fleet.
  - Item 3: "Entire Vessel" chemists gas free cert
  - Item 4: Delete most of 4, USCG don't let vessel back in water, and demolish it on dry dock.

**2/9/2018 Friday**

- 06:30 Talk with Josh.
- 07:00 Check on Shawn.
- 07:30 Talk to Michael Ash. Working with underwriters to get finalized today. Mr. Ash wants McGinnis to start gas free on arrival, salvage credits for GEN, Wheels, Gearboxes, etc. Working on transit, fleeting, maintenance, 24-hour watch, and dry dock plans.
- 14:00 Received a call from Robert @ Superior. River rise predicted for the weekend. 10' between Sunday-Monday. After discussion with Larry, Michael, and Josh I called Robert back and asked him to move Ingram barges off Big Sandy and put back in Superior Fleet. He advised they will do this. Called USCG Geoff and requested extension from Monday deadline to later in the week due to rising water. We cannot move under bridges on Big Sandy with crane and boats. Geoff understood and C/O will allow extension. Sending Geoff an email of request to delay move and will copy David and Michael.
- Out and going home 17:00

(WORKING FROM HOME)
**2/12/2018 Monday**

- Spoke with Captain Dave Grimm M/V Cindy Z.
- Need 38' or less on Ashland, Ohio river gauge to pass safely under Railroad Bridge.
- 43' on Monday 2/12/2018 and rising.
- First window of opportunity is Friday 16th or Saturday 17th as of 2/12/2018.

**2/13/18 Tuesday**

1126 Called Jimmy Zubik to ask for relief on the River Salvage invoicing, maybe on mob-de-mob, or daily rate during idle time. Definitive answer was NO

1139 Spoke with Larry Grieb and gave him river/boat status update. Discussed removal of oil in compressor room tank. I will contact Evergreen to see if they can remove it on pollution policy. Also discussed interviewing David Smiths watchman, reportedly Todd Keeton. I will try to track him down when I return to site.
(No luck tracking him down) It was later reported Mr. Keeton has provided a written statement.

**2/14/2018 Wednesday**

1118 Text with Dale McClure of Evergreen regarding removal of oil in tank in compressor room. Dale will check on whether or not they can do it and if will be covered by the pollution policy. Awaiting response.

**FINDINGS/TIMELINE:**

1046 Spoke with Rick Griffin, Rick is calling American Energy Contractors, Johnnie Johnson to check on possible asbestos abatement. He will have Johnnie call me to make arrangements to visit the Gate City.

1100, 1131 Mike Plants of American Energy Contractors (304) 529-4771) called and will visit the Gate City to check for the presence of asbestos in ceiling tiles, pegboard, etc. He was on site around 1300 hours. Awaiting response. Mr. Plants was sent by Rick Griffin of McGinnis to determine presence and cost of removal.

1119 Spoke with Josh, daily check-in. No new info

1200 Spoke with Larry Grieb, updated regarding vessel status and asbestos abatement.

**2/15/18 Thursday**

0945 Spoke with Mike Plants, he took samples from the Gate City yesterday and should have analysis back today. He will send email to me with results and costs for removal if the material is indeed asbestos.

0950 Spoke with Wayne Thomas of Martin Ottaway regarding the oil removal from Gate City. This should have been removed from the vessel when it was "cleaned" at the Riverway dock. Also had conversation with Wayne, he will discuss with his principals regarding asbestos abatement costs.

1000 Shawn Stapleton called and requested oil absorbent pads. Heavy rain is washing oil off the decks and he wants pads to stop any sheen. I contacted Dale at Evergreen and he will have someone bring two bundles of pads to site later this morning.

1023 Called Josh, talked about any window of opportunity to move the vessel this weekend. Not looking good.

1030 Called Larry Grieb and updated him regarding the flood situation, Text from Geoff regarding vessel transit plan, asbestos issue and oil removal issue. Larry is working on documents signed by David Smith and McGinnis, need these for transit plan.

1118 Text Geoff regarding any window of opportunity to move this weekend. Geoff thinks later next week due to expected rise. No opportunity in sight before then.

1410 Wayne Thomas called and asked who the P & I Club was? (I don't know) Wayne thinks they might be responsible for asbestos removal. I will pass this info along to Larry Grieb.

**2/16/18 Friday**

0857 Called Josh and had him check pilothouse and 2nd deck cabin for asbestos ceiling panels. None present, modern laminated paneling in both areas, old linoleum present on floor is same as main deck, not asbestos. Passed this info along to Rick Griffin. Still awaiting quote for asbestos removal from American Energy.

1050 Talked to Josh about bridge clearance and passed info off via email to Rick Griffin for advice about river levels and what the gauge needs to be to get our tow out of the Big Sandy. Josh said lower containment boom blew out. I will call Dale at Evergreen and advised. No contaminates in boom when it broke.

1053 Called Evergreen and advised Dale that the containment boom around Gate City had become disconnected at the lower end. Dale said he would get somebody on it right away. There is no contaminants in the boom area, no loss of contaminates when it broke away.

**FINDINGS/TIMELINE:**

2/16/18 (continued)

Called Larry Grieb to give todays update.

1216 Received quote for asbestos removal from American Energy Contractors, $9,586. Email between Larry, Michael and myself to pay 50% up front, remainder upon completion to McGinnis.

1441 Josh called and had just been advised of new river forecast. Forecast says the Big Sandy will rise about 5.5 feet higher than it was last week. This will raise the river above the tri-ties where David's boats are tied off. Josh is concerned that the boats will not hold in place. I agree with those concerns and will call Larry to advise him and David about this serious issue. Josh said he will do what he can to help but does not want River Salvage to be held responsible if anything happens to David's other three boats.

1453 Called Larry Grieb and advised of the situation. Larry will contact David Smith and advise him to be sure boats are kept secure.

1513 Called Shawn and talked to him about the rising water conditions. Shawn has already spoken with David Smith. Shawn will have 2nd person with him when water reached critical level. Shawn has talked to Josh on River Salvage rig and Josh said he would help all he could but would not be held liable for anything that happens to the three boats of David Smith. Shawn said he has 4 part lock lines tied to "A" frame and he should be able to hold in place when water comes up above tri-ties.

1516 Talked to Larry Grieb and passed along River Salvage concerns. Advised him about Shawn's plan to stay moored in place. I asked Larry if he wanted me to go to site and see if there was anything I could do to help. Larry said not at this time.

1521 Talked to Shawn again, Shawn assures me that they should be ok. No other options available, no boats running the Big Sandy now to move David's three boats to another location and Cindy Z. is dedicated to the Salvage Rig.

1524 Talked to Josh about the situation. Josh is going to call Jimmy Z and/or Al at River Salvage and make sure he is ok to allow Shawn to tie off to the A frame until the water starts to recede to safe level. He may seek a hold harmless agreement if they do allow it. Josh will call me later after he talks to Jimmy/Al.

1527 Received in copy an email from Andrew Brown regarding the extension of the charter agreement for two Ingram barges for David Smith. David Smith needs to sign the agreement and return it to Ingram.

1703 Received a call from Greg Jarrell regarding the signed charter agreement from David Smith not yet being received by Andrew Brown, Attorney for Ingram. I advised Greg that I would call Mr. Smith to see if he had signed and returned it yet.

1705 Called David Smith and asked if he wanted to continue the charter agreement to which he said yes, he thought his verbal agreement was ok. I advised him to contact Mr. Brown and gave him Mr. Brown's number.

1728 I received an email from Mr. Brown acknowledging receipt of the agreement. Called Mr. Smith back and confirmed same. All appears to be in order.

**FINDINGS/TIMELINE:**

1846 Received text message from Geoff Scibek regarding his concern that the Anna C. will run out of tri-tie before water stops rising. He asked if a hold harmless agreement was made to hold on to Anna C. I told him that the Anna C may tie off to the A frame, Josh has agreed to assist if necessary. David Smith is well aware of the situation and has been in contact with Shawn today about same. I told Geoff that a hold harmless might be obtained if River Salvage asks for one. Josh had mentioned it and I believe he was trying to reach his principals to see what they needed. I did not know at this point if contact had been made with River Salvage and Insurers (Larry Grieb) or not.

1920 Spoke with Josh several times about his concerns, similar to Mr. Scibek's.. Josh was going to call Rick Sacoulas and discuss what he should do. (1835, 1909, 1916, 1920)

2004 Received another text from Geoff that he had briefed the CO with his concerns regarding Shawn being able to maintain the vessels. Geoff said they want a solid plan to make sure we do not suffer another loss. I forwarded this message to Larry Grieb for review.

2150 Larry called to talk about the situation. I advised him that through Josh, Rick had asked for a hold harmless agreement be executed if David Smith's boat were going to be attached to the River Salvage A frame and if Josh and his crew were going to provide any assistance. Larry said he would talk to Michael Ash and David Smith early tomorrow (Saturday) morning to try to make that happen. Larry will call me in the morning.

**2/17/2018 Saturday**

0826, 0828 Talked to Josh, update for the morning. All well. Flood conditions.

0928, 0936 Talked to Larry Grieb, Hold Harmless document signed by David Smith and sent to me, forwarded to Rick Sacoulas. This was to hold River Salvage harmless while assisting David Smith to hold his boats together during flood conditions.

1302 Rick Sacoulas signed Hold Harmless and returned to me, forwarded to David Smith and Larry Grieb @ 1636

1532 Received text from Geoff Scibek with river forecasts.

1651 Talked to Josh. Not much change, water rising probably another 6 feet before crest.

**2/18/018 Sunday**

**1021** Text with Shawn Stapelton, no problems today.

**1110** Test with Josh, he sent photos of high water. Texts back and forth.

**2/19/2018 Monday**

0805 Larry Grieb called, asked for update from weekend. No changes, water still rising, looks like we make have some lock at the end of the week according to current forecast.

0954 Talked to Shawn Stapleton, still holding on good, he will reset lower boom, line broke and boom drifted out. No pollution discharge.

1127 Shawn called, he got boom tied back off, all ok for now.

**2/20/2018 Tuesday**

0738 Text with Josh, water starting to fallout on the Big Sandy. Discussed concern ref David Smith's other boats with falling water.

**FINDINGS/TIMELINE:**

1426 Called Shawn Stapleton to check on falling water, safety of the other three boats. Shawn says the Anna C has dropped down alongside the tri-tie, all good.
1440 Called Robert at Superior Marine and discussed water level to get under bridges on Big Sandy. Robert says he thinks the river at Huntington Gauge needs to be 37'. Currently 50.4' at 2pm today.

**2/21/2018 Wednesday**

1220 Talked to Josh, he and Dave Grimm were leaving the site, being replaced by Jeff Handra.

**2/22/2018 Thursday (Trip to McGinnis, stopped by Gate City)**

1003 Called by Allan Saunders of Navigators, the company that provided the excess insurance. Mr. Saunders explained that they were the lead now and would be taking charge of the claim. Mr. Saunders sent an email spelling out his plans to proceed. This surveyor was enroute to Southpoint Ohio on another survey and planned to stop by the Gate City site.
1146 Called by Larry Grieb, Larry wanted to know if I had been contacted by Navigators. Advised that I had and what our new game plan was.
1353 Called Shawn Stapleton to stop by site and check on vessel. All ok, checked to see if Shawn Stapleton had things secure and if he had any needs or concerns. Upon arrival Shawn was finishing up adding a better head line and needed some gasoline for the pumps. Purchased 3 cans of gasoline for him. Did not have time to go out on the rig due to other obligations.

**2/23/2018 Friday**

0921 Penned email to Wayne Thomas advising contact info for Navigators.
1446 Returned call to Wayne Thomas of Martin Ottoway, he wanted to know a status update. Advised him of new players with underwriters, still no schedule to move Gate City due to high water conditions. Will keep him updated on situation.
1544 Spoke with Leonard (Leo) Fornella, Attorney of record for Navigators. Mr. Fornella repeated Mr. Saunders list of concerns and plan of action. Several things to work toward, try to secure dock space where Environmental people can access the Gate City and resume cleaning the vessel. (Possibly Riverway dock, no other sites appear to be capable of easy access with equipment) 2nd, Create new plan for USCG to allow Gate City to be berthed at retained site for cleaning/asbestos abatement without River Salvage involvement (terminate contract). 3rd, Plan for disposal of the vessel after cleaning and abatement.
1622 Called Geoff Scibek and discussed new players, goals and objectives. Geoff said he will be happy to help, look at any new plan and discuss them. Will be in touch.
1617 Penned an email to Mark Riddle at Riverway Terminal and requested a quote for use of his parking area and tri-tie for use to clean the Gate City on site and relieve the A frames from holding the Gate City, thus ending the River Salvage contract. Emailed back and forth several times for clarifications on our needs. Will call Mark tomorrow and discuss further.
2013 Penned email to Geoff Scibek with new players contact information.

**FINDINGS/TIMELINE:**

**2/24/2018 Saturday**
1104 Called Salvage Master Jeff Handra and talked with him for a while discussing the current situation, future plans, flood status… Jeff is confident that they are holding ok and they will be able to cope with forecasted rise. He said they are working with Shawn Stapleton and the River Enterprises vessels and Gate City are in good shape.

**2/25/2018 Sunday**
0711 Called Mark Riddle and left message to discuss contract proposal for property use.

**2/26/2018 Monday**
0904 Mark Riddle, Discussed land use agreement
0853 Mark Riddle, Discussed and clarified what our needs were for the land use agreement, he wants payment for first dock use before discussing any agreement for future land use.
1013 Leo Fontella, discussed payment for Riverway, prior to signing any contract for land use
1418 Wayne Thomas, update

**2/27/2018 Tuesday**
824 Jeff Handra, River Salvage Master, discussed how things were going. No problems.
0843 Geoff Scibek, discussed possibility of new plan and what the USCG concerns would be and what they would expect from me. Also confirmed that the McGinnis plan was still in effect.
904 Rick Griffith, discussed proposal, no contract signed! Will talk to Larry Grieb about this.

**2/28/2018 Wednesday**
1227 Larry Grieb called and we talked about the McGinnis proposal and no signed contract. Larry will work on getting McGinnis contract in order and signed. Discussed current status of vessel and flooding.

**3/01/18 Thursday**
1038 Called Jeff Handra, talked about water levels, game plan as of today is still the McGinnis plan.

**3/02/2018 Friday**
0929 Sent email out to all regarding the possibility of moving to McGinnis Tuesday/Wednesday next week. Spelled out needs to complete the transit plan.
1048 Called Jeff Handra left message
1050 Called Shawn Stapleton and talked to him about status of river and vessels, all ok. Water falling out fast today. Talked to him about possibility of move Tuesday and/or Wednesday, would like to have him and his partner on board during the move for extra hands if needed. He would be happy to help.

**03/04/2018**
Write up transit plan for USCG for proposed move of M/V Gate City on 03/07/2018

**FINDINGS/TIMELINE:**
**03/05/2018**
Travel to Huntington

**03/06/2018**
On site at 0600 to prep for transit.
Write up addendum to plans for USCG, adding vessels, pilot info, etc.
Meeting with Josh and USCG at USCG Huntington Office at 1400 hours to finalize transit plans.
Plan approved for move on 03/07/2018

**3/7/2018**
0600 On site at Gate City. River Salvage crew, Shawn, Ed, and USCG Geoff on board.
0630 M/V Chris Arden checked air gap at bridges, 15' above his radar arch 32' boat 45'
0635 Safety briefing with our crew. Weather: Rain, 37 degrees, river at Ashland 37'.7"
0700 Bow sling off. Large Marge off. Voids checked, all ok
0715 McGinnis M/V Chris Arden arrived.
0740 Working on Big Al sling. Moving OR 5201 downstream with M/V Chris Arden
0755 Pre trip void check. Big Al off Gate City
0805 Text messages ref progress to Larry and Alan
0828 Moved Big Al to West Virginia side to use as a work platform to wire up Ingram barges
0900 Wiring up stern of Gate City to OR 5201
0930 Done with first barge wired up
1000 M/V Mr. King getting second barge wired up
1035 Second barge wired up
1050 Safety briefing with all. Pumps (McGinnis) two (2) were placed in starboard number four (4) and five (5). Both almost river level. Pumps running idle.
1110 USCG Commanding Officer Tonya Giles on board
1115 Depart, Ingram barges wired to bow and stern of M/V Gate City. M/V Chris Arden Pushing tow, M/V Mr. King backing tow downriver. River Salvage M/V Cindy Z. following with support barge with pumps and equipment if needed in emergency.
1135 Underway. No issues
1230 Entered Ohio River
1255 Tied off @ McGinnis dock. Trip back to Riverway Dock. USCG C/O Giles departed by car. M/V Gate City left in McGinnis care.
1500 Left site, returned to hotel

**03/08/2018**
Travel back to office in Aurora

**03/14/2018**
Work begins on cleaning vessel at McGinnis gas free dock

**FINDINGS/TIMELINE:**

**03/20/2018**

0900 Called Duane Stevens for an update. Left message

0925 Duane Stevens called back. Still cleaning, not gas-free. May move to dry dock late next week, earliest. Notified all.

**03/26/2018**

Travel to McGinnis Southpoint to get firsthand look at progress of cleaning the M/V Gate City (see Neptune Report E-03261801) Photos taken. Return to office. Work progressing slowly.

**04/06/2018**

Contacted NAC for asbestos abatement after AEC Walkout on April 2nd. Set up appointment to meet Andre Motley of NAC Asbestos Removal on Tuesday April 10th at the Gate City.

**04/10/2018 Tuesday**

Trip to Southpoint, Ohio to meet with Andre Motley of NAC Asbestos removal. 1100 appointment time at Gate City. Take photos and get status update while there. McGinnis, (Rick at the dock) is continuing work to remove debris from stern shaft alleys and smaller aft compartments. Difficult to remove the debris out by buckets. Still have active leaks in aft port and starboard wings, pumping with electric sumps most of the time. Did not appear that crew was working on board today. Rick stated he is waiting on asbestos removal to continue cleanup in engine room. No gas free cert yet due to oil soaked asbestos tiles on walls and ceilings in upper and lower engine rooms (walls and ceiling, 800 square feet)

NAC Interested in doing abatement. Andre will send a quote.

**04/11/2018 Wednesday**

Received approval from Larry to engage NAC, Andre Motley, to begin the process for asbestos removal. Called Ohio EPA to facilitate a waiver to the 10 day waiting period for asbestos removal. After considerable time and talk, it appears that Mark Needham of Ohio EPA will grant an emergency waiver so that once the permit has been applied for they will approve it and work can begin immediately. Hope we get to start removal on Friday 04/13 if all goes well. McGinnis will be notified. Ohio EPA stated that American Energy Contractors permit for removal of the asbestos had expired on April 2nd, the day before they sent us their updated quote for removal at $19,387.

**04/13/2018**

Emergency Waiver granted from Ohio EPA. NAC notified, they plan to begin abatement on Monday April 16th. McGinnis notified, Larry Grieb notified. McGinnis will refund balance of Mr. Smith's deposit upon completion of the abatement and payment to NAC.

**FINDINGS/TIMELINE:**

**04/16/2018**

Asbestos removal started today and will likely take two days to complete. Afterward, McGinnis will wash out the engine room and remove any residual debris. The plan is that once the washout is complete and the gas free certificate has been issued they will cut the roof off of the engine room and remove the main engines. This MAY begin as early as Thursday April 19th.

After the engine removal the vessel's engine beds will be cleaned (inaccessible at this time) and a second gas free certificate will be issued for dismantlement. The vessel will then be moved to dry dock for inspection prior to dismantlement.

For scheduling, I have asked Dwaine Stephens at McGinnis to give us an early heads up for when the vessel may be inspected on the dock. I anticipate that this, at the earliest, may be late next week.

As soon as I get the word I will be in contact with everyone to schedule the survey date.

If you have any questions or comments please feel free to contact me at your convenience.

Emailed with Wayne Thomas of Martin Ottaway. He would like to make an in-water survey on Thursday April 19th at 1100. I spoke with Larry Grieb. He will attend as well. Arrangements made to attend the survey with Mr. Thomas and Mr. Grieb on the Gate City on the 19th.

**04/17/2018**

Gate City asbestos abatement completed by NAS. Well done

Spoke with Mr. Jonny Johnson of American Energy Contractors (AEC). Mr. Johnson sent an email to rick Griffith of McGinnis outlining his concerns and pending invoice for services rendered and that AEC did not get the contract for asbestos abatement on the Gate City. In my conversation with Mr. Johnson (April 17th 1409 pm) I explained that AEC personnel had arrived to do the work on the Gate City on 04/02/2017. (see email from Rick Griffith on 04/03/18) and they "found the insulation is soaked with oil". AEC personnel left the site without performing any abatement work. I received a call from McGinnis that the abatement crew had arrived and left the site without doing any work. In the email from Mr. Griffith on April 3rd we received a copy of the email to Mr. Griffith containing a new quote from Mr. Plants of AEC that stated they had found an additional 200 square feet of panel that had to be removed and that their bid cost had increased from the original quoted price of $9,586 to $19,387.

I believe that AEC knew of the oil soaked tiles on the day that they did their walk through and as such should have been aware that the tiles were soaked and would still be wet at the time of removal. As far as I'm concerned they walked off the job and caused unnecessary delay to our project and therefore forfeited any set-up work. Also their permit had expired and that would require a 10 day waiting period prior to resuming any work. Mr. Smith refused to pay any additional cost and in doing so, a new contractor was sought out by this office.

**FINDINGS/TIMELINE:**

**04/19/2018**

Proceeded to McGinnis Southpoint to meet with Larry Grieb and Wayne Thomas so Mr. Thomas could make an in-water survey of the M/V Gate City. Thorough inspection made of the vessel. Of special note, the onboard PVC sewage line in the port aft shaft alley were found to be broken/removed and through hull fitting appeared to be broken however no water ingression observed into the hull. Will need to check this thru hull fitting when vessel is dry docked to see if divers sealed this up.

Also found that the keel cooler system in stern compartment is disassembled and through hull fittings are exposed. These need to be checked for diver intervention after sinking.

Starboard side piping and coupling for engine coolers disassembled, coupling appears to have frozen at some point and broke. This fitting was not reported to be making water during salvage. Side coolers appear to be rotted and this piping system was likely closed off by thru hull valves prior to sinking. (Later confirmed at dry dock survey)

Several sections of piping in this system were noted to have coupling bolts removed prior to sinking.

Arrived on site at 1100 and departed site at or about 1330 hours. Attended lunch afterward with Mr. Thomas and Mr. Grieb. Mr. Thomas paid for lunch.

Asbestos abatement work looked good and completed. Job well done by NAC.

**04/20/2018**

Received invoice from NAC. Invoice had Neptune as the responsible party, asked Andre to change invoice to show McGinnis as the responsible party since money had already been put into the McGinnis account by David Smith for the abatement project. Invoice #114 was in the amount of $4,200. Should have corrected invoice on Monday and I will forward it to McGinnis for payment. Balance of abatement money deposited by Mr. Smith will be returned to Mr. Smith by McGinnis.

**04/24/2018**

1151 Called Dwaine Stephens about when they may expect to cut top off bot, pull engines and place vessel on dry dock. Dwaine just got back in the office today after being gone for a week. Dwaine said that they started cutting off the pilot house and second deck cabin yesterday (Monday April 23rd). No schedule on dry dock but working in that direction. Dwaine said he would check on progress later today and try to give me an idea when we may be able to get on dry dock. I will call him back tomorrow for update. Passed this info off to Larry Grieb by phone 1157.

**FINDINGS/TIMELINE:**

**04/26/2018**

Status update for Gate City. Called Dwaine Stephens. Dwaine said the pilot house and 2nd deck cabin cut06 off. Waiting for Chemist to certify that the engine roof can be cut off next to gain access to remove engines. Work schedule to begin removing roof on Monday April 30th. After roof and engines are removed the engine beds will have to be cleaned of oils and debris, afterward the vessel can be dry docked for dismantling. Passed this info on to Larry Grieb and Wayne Thomas.

**04/30/2018++**

Email to Jonny Johnson ref Asbestos abatement as follows:

30 April 2018

Dear Mr. Johnson,

Per your request I am forwarding to you the address and contact information for ASH Group, one of the insurers of the M/V Gate City.

Per our earlier conversation we discussed your quote for removal of asbestos from the M/V Gate City. Your personnel visited the vessel on February 14th and on February 16th 2018 your firm provided a lump sum bid of $9,586 to remove approximately 600 square feet of transite wall panels. During the walk thru by your personnel (Mr. Mike Plants), the panels were noted to be wet and dripping with water and oil residue. According to the salvage crew on site at the time of the inspection Mr. Plants was well aware of the conditions that existed. Per your quote, the work was to be performed at the McGinnis Sheridan Shipyard when the vessel could be moved to that location. Water and electric were to be provided at the site.

On 07 March, 2018 the M/V Gate City was moved to the McGinnis gas-free dock at Southpoint, Ohio. Shortly after arrival at the McGinnis facility McGinnis personnel began cleaning the vessel engine room and bilges of oily wastes. After an intense cleaning the vessel was ready for American Energy Contractors to begin their work to remove the asbestos panels. Access to the vessel was appropriate and actually better than if the vessel was at the Sheridan Facility.

On or about April 2nd 2018 American Energy Contractors arrived at the McGinnis facility to begin their work. Upon their arrival it is reported that the personnel were unhappy that the panels were still wet. Also your personnel reportedly did not bring scaffolding or walk boards to access the wall panels, obviously an error in planning for the work to be performed. In addition the American Energy Contractors personnel reported that there was an additional 200 square feet of panel that were not noted in the original quote. The American Energy Contractors personnel walked off the job and did not return.

**FINDINGS/TIMELINE:**

Later in the day on April 2nd 2018 this surveyor, by way of an email from Rick Griffith of McGinnis, received a new bid from Mike Plants, American Energy Contractors, LLC stating that the price had increased to $19,387, more than doubling the original price. Nothing had changed from the original quote except for the addition of 200 square feet of wall panels and yet the price more than doubled. The owner of the vessel was contacted and he declined to pay the increased amount. This surveyor contacted the State of Ohio EPA to inquire as to how long the Asbestos Abatement Permit was valid and this surveyor was told that it had expired on April 2nd 2018, the day the job was supposed to start. At this point it was determined that it would be a minimum of 10 additional days before a new permit could be granted to American Energy Contractors and with the additional costs demanded by American Energy Contractors and for fleeting charges by McGinnis a new contractor was sought out to perform the work.

Ultimately a new contractor was selected at one quarter of the cost sought by American Energy Contractors and they were able to start work shortly after their bid was received. A valid Abatement Permit was issued by the State of Ohio and all insurance requirements were met.

I understand that on or about April 17th 2018 your firm provided an invoice to McGinnis in the amount of $2,769 for work performed prior to and on the day that your firm was supposed to start work. After review of this invoice by the principals of this project it was determined that your personnel had walked off the job and the permit expired the same day, therefore voiding our contract through no fault of our own.

Per your request I am providing you with the information to contact ASH Group to discuss your concerns regarding the invoice.
(Spoke with Larry Grieb today regarding this email)

**05/03/2018**
Hello Larry and Alan,
I just spoke with Dwaine Stephens at McGinnis. Dwaine said that the engine room roof of the Gate City has been opened and the engines have been unbolted and detached from the engine beds. The engine room roof panels that were cut have been tack welded in place to keep rain out of the engine room during the inclement weather today and tomorrow. The vessel will be moved from its current location at the 2nd Street dock to the Sheridan dock over the weekend and work will begin to remove just the engines. The engines will be moved to an area near the road at the Sheridan yard for easy access in the event the engines are sold or need to be moved. The gear boxes and shafts will remain on board until the vessel is placed on the dry dock. After the engines are removed the bilges under the engine beds will be cleaned of oil, debris and sediment before going on dry dock.
Still no firm date on when the vessel will reach the dry dock.

Received April invoice from McGinnis. Reviewed and approved for payment.

**FINDINGS/TIMELINE:**

**05/09/2018**
Check with Dwaine Stephens, ref status of Gate City. Left Message.
Dwaine called back and said that they have not moved on the Gate City since last week, high work load required they to move personnel elsewhere. N0 plans to proceed due to workload until May 16th or 17th. Will email Larry and Alan today and pass along this info.

**05/21/2018**
M/V Gate City moved on dry dock #2 at McGinnis Sheridan yard. Arrived at 0800. In attendance were this surveyor, Larry Grieb and Wayne Thomas. Surveyed vessel hull. Departed at 1345 hours. Notified Geoff Scibek of USCG that vessel had reached dry dock and would be dismantled.

**06/01/2018**
Talked to Dwaine Stephens. No work currently being done on Gate City, sitting idle on dry dock. Dwaine not happy that McGinnis has still not received any payment for invoices presented for Gate City work. Called Larry Grieb to discuss. Seems to be a dilemma regarding which carrier may be responsible for McGinnis invoices.

**06/05/2018**
Working on final report

**06/13/2018**
Larry called and talked about trying to get McGinnis paid for some of their work. Larry wanted me to call Dwaine and ask him to provide an invoice breaking out their time and labor costs related specifically to removing the engines, gearboxes, roof, pilot house, 2nd deck cabin. These costs can be placed against the salvage and wreck removal policy and are likely to be paid without too much trouble, rather than being lumped in with the costs associated with cleaning the vessel (pollution policy). Called Dwaine, no answer.

**06/14/2018**
Contacted Dwaine, and Dwaine called me back with Rick Griffin in conference call. I explained the possibility of payment through the salvage and wreck removal policy. Dwaine said he would work on breaking out those charges and submit them.

**06/26/2018**
Received invoice from McGinnis for breakdown of work performed to remove engines, gearboxes, roof, pilot house, 2nd deck cabin. Passed along to Larry Grieb for review. I am on vacation this week and away from my computer and data access.

**07/02/2018**
Spoke with Larry Grieb regarding the status of my final report. Working on it, should be completed this week.

**FINDINGS/TIMELINE:**
**07/03/2018**
Dwaine Stephens called this morning and expressed his disappointment regarding no payments being received for McGinnis' work performed so far on the M/V Gate City.

I called Larry Grieb and relayed Dwaine's concern over nonpayment of invoices to date. Larry and I spoke about this and I returned a call to Dwaine advising him that all of the McGinnis invoices have been approved and put in line for consideration of payment. Checked on status of Gate City. Vessel still on dry-dock, Dwaine advised that they were having to cut out a lot of piping that still contained fuel/oils before gas free certificate could be issued to start cutting up the vessel. Facility is very busy and progress on Gate City has been slow.

**CONCLUSION:**
The M/V Gate City reportedly sank overnight on 01/09 - 01/10/2018. It is believed that the Superior boat crew working in the area discovered the vessel partially submerged. Notification was made it to the owner, Mr. David Smith who reportedly contacted the USCG, Weavertown Environmental Group, and his insurance broker, Ash Group. This surveyor was notified of the loss by Mr. Larry Grieb of Ash Group at or about 0930 hours on 01/10/2018.

It was reported by Mr. David Smith, owner of River Marine Enterprises that his watchman, Mr. Todd Keaton, stated that the vessel was last checked at or about 1900 hours on 01/09/2018 and all appeared to be in order.

This surveyor, at the request of Mr. Larry Grieb of Ash Group arrived on site at Riverways Terminal at or about 1330 hours on 01/10/2018. At the time of this surveyor's arrival it was observed that Weavertown Environmental Group (WEG) was on site working to contain oil and fuel leaking from the M/V Gate City, located across the river and slightly upstream from the Riverways Terminal. This surveyor spoke with a Ms. Ms. Kay Davidson, site coordinator for WEG. Ms. Davidson reported that WEG had placed a containment boom around the M/V Gate City and deployed oil pads and absorbent booms where accumulations were observed at and downstream of the site. Ms. Davidson reports that there was an undetermined quantity of fuel and oil aboard the M/V Gate City at the time of the sinking. Several loaded Ingram coal barges may have been affected by the spill and the current was quickly moving contaminants downstream. Ms. Davidson reported that additional personnel from WEG were enroute to assist with their efforts to prevent the spill from developing any further. WEG personnel had placed a containment boom around the vessel and yellow plastic bags over all above water stacks to prevent the ingress of water. Ms. Davidson reported that members of the USCG were enroute to the site and should be arriving any time.

**FINDINGS/TIMELINE:**

This surveyor quickly made contact with the following companies and salvage firms to check for their availability to assist with securing and raising the vessel:

McGinnis, Inc
Les Lore
No equipment available

Madison Coal & Supply
Keith Blount
No equipment available

Aquarius Marine
Paul Weisner
No equipment available

Superior Marine
Matt Manns
No equipment available

River Salvage
Rick Sacoulas
Interested, Equipment available in Cincinnati, Ohio, will provide quote and timeline

United Diving
Clark Sigmund
Divers available to secure leaking underwater piping/dive survey, will provide quote

Superior Marine
Jeff Irby
Provide vessel for access to M/V Gate City as needed

WEG reported that they had engaged the services of Evergreen Environmental to assist with containment of the spill.

USCG personnel arrived on site at or around 1445 hours. Mr. Geoff Scibek is liaison for USCG. Representatives of the West Virginia Department of Environmental Services (WVDES) and Kentucky Department of Environment Protection (KYDEP) were on site working with WEG regarding spill. Safe Harbors, Mr. Jacob Thompson, will arrive on 01/11/2018 to coordinate spill/pollution control.

**FINDINGS/TIMELINE:**

Quotes were provided by United Diving (accepted, $3,050)) and River Salvage (accepted, Mob-De-mob $30K per day, Daily rate 50k) for their assistance with the M/V Gate City. United Diving would arrive on 01/11/2018 and dove on the vessel, securing loose barrels, piping, vents, and other openings that were found to be leaking fuel/oil. The divers reported that the vessel was lying on the rocky river bottom, amongst trees and other debris. The divers reported that they found no holes however the side coolers were badly corroded. No inspection could be made at the time of the bottom of the vessel.

At the time of the sinking the M/V Gate City had been tied off on the port stern side to a tri-tie (line parted) and tied with two (2) 2 part leaving lines (intact) at the bow to the port and starboard stern of the M/V Anna C, another vessel owned by River Marine Enterprises. These lines were replaced with a 4 part lock line to the stern of the Gate City to the adjacent tri-tie and a two part lock line from bow and stern kevels to a hillside piling. The lines between the Gate City and the Anna C were removed.

Any barges noted that were in the vicinity of the M/V Gate City at or after the sinking were cleared by the USCG and were able to be removed from the area without harm.

Pollution, reportedly from the M/V Gate City sinking incident had reportedly made its way to the Kenova West Virginia and Ashland Kentucky water intakes. Great efforts were reportedly being undertaken to boom around the intakes to protect the water supply however it was reported that the Kenova water supply may have been tainted and the system had to be closed and decontaminated prior to reopening for service. Details of the pollution situation were being handled by Safe Harbors. Contact was maintained between this surveyor, USCG, KYDEP, WVDES, and WEG/Evergreen to ensure constant monitoring of the M/V Gate City site for containment.

On 01/12/2018 Mr. Geoff Scibek from USCG had Superior Marine move the M/V Anna C from the site to the Riverways Terminal. The M/V Anna C was reported to have several barrels of oil and other contaminates on board that had previously been ordered by the USCG to be removed. WEG/Evergreen were performing this task at the Riverways dock per Mr. Scibek's orders. It was reported that the M/V Gate City was also ordered to have contaminates removed prior to the sinking, however Mr. Smith reports that the vessel sank just days prior to previously made arrangements by Mr. Smith for removal.

Between 01/12/2018 and 01/31/2018 (21 days total) the vessel remained submerged and was being monitored by USCG, WEG/Evergreen, and various KY and WV Environmental services. River Marine Enterprises provided a watchman, Mr. Shawn Stapleton to monitor daily activities of the M/V Gate City as well as three (3) other River Marine Enterprises vessels berthed at the Riverway Terminal. During this time the M/V Gate City remained stable, shifting slightly riverward over time. The Big Sandy River experienced rising and falling water levels due to rain and snowfall. Because of the high water conditions on the Big Sandy River and Ohio River,

**FINDINGS/TIMELINE:**
River Salvage would be delayed on their departure from Cincinnati, Ohio until 01/22/2018, arriving at the Gate City site 0n 01/29/2018.

During the time period of 01/12/2018 through 01/29/2018 this surveyor maintained close contact with all parties involved in this incident. Mr. David Smith, owner of River Marine Enterprises agreed to scrap the M/V Gate City once it was raised. Arrangements were made with Mr. Matt Manns of Superior Marine to accept the M/V Gate City, once raised, and lift the vessel on its marine ways to shore, where the vessel could be dismantled for scrap. A salvage plan was created and presented to the USCG for approval and approval was granted. Allied Diving would be the dive company subcontracted by River Salvage for all dive work related to the salvage operation. It was reported by Jacob Thompson of Safe Harbors that WEG had been released by Safe Harbors and Evergreen would be the firm responsible for pollution control during salvage operations.

On Sunday 01/28/2018 this surveyor arrived on site in preparation for River Salvage arrival on 01/29/2018. River is on the rise and time is of the essence to get salvage equipment to the site due to low bridge and wire crossings on the Big Sandy River.

On 01/29/2018 River Salvage arrives at the site, minus one A Frame left at the mouth of the Big Sandy River. Divers made a brief survey of the vessel and river bottom surrounding the M/V Gate City to inspect for hazards prior to the start of salvage operations. Salvage begins and the vessel is raised and afloat on 02/01/2018. Numerous pinhole leaks stopped by divers using shingles. Leaking in void spaces along bilge knuckles and hull bottom plate. Large hole discovered during salvage in bottom plate of engine room on starboard side, divers report large indent with a large split in bottom plate, indent reportedly 2' x 2'6" just inboard of starboard engine room bulkhead. Divers seal this hole with oakum and splash zone epoxy, several applications require to stop this leak.

The river has been steadily rising and no relief is in sight. Due to pollution concerns the USCG, WV, and KY environmental people do not want the M/V Gate City removed from the River Salvage lifting slings. The vessel remains in the slings as ordered by USCG Geoff Scibek.

USCG wants M/V Gate City cleaned environmentally before being moved to Superior Marine. To accomplish this safely it was decided that the M/V Gate City should be placed between two (2) empty barges and moved to the Riverways dock where Evergreen can easily access the vessel with manpower and equipment to remove remaining fuel and oils. David Smith chartered two empty barges from Ingram, the OR-5201 and ING-1576. Arrangements were made with Riverways to berth the Gate City at their dock while being cleaned. On 02/03/18 the M/V Gate City was moved to the Riverway dock and cleanup began, completing on 02/05/2018. Arrangements were being finalized for move to Superior Marine, USCG expected to approve transit plan.

**FINDINGS/TIMELINE:**

On 02/05/2018 Superior Marine declined to accept the vessel, saying it was still dirty with fuel/oil residue and that they will not accept the vessel until it can be certified gas-free and free from asbestos. It was everybody's belief that this final cleaning for gas-free would have been performed at the Superior dock prior to dismantlement. With this new information the USCG refused to let the vessel remain afloat on its own and required River Salvage to maintain the vessel in the slings until such time as a new plan was made to clean the vessel at the current site. The vessel was allowed to be moved from the Riverways dock to a tri-tie just below their dock on the KY side of the river so that Riverway could resume their daily operations. The tri-tie also supported the M/V Anna C, M/V Uncle Otis and the M/V Reagan, all reportedly owned by River Marine Enterprises. While this was not an ideal setting our options were very limited. Access to the vessel by environmental specialists and their equipment was not possible on the West Virginia side of the river and the only viable place was via the Riverway Terminal. Because of the Superior Marine cancellation, the USCG, WV and KY environmental officials now demand that the M/V Gate City be certified gas-free and asbestos removed prior to any transit to an alternate scrapping facility. Further to this, the river levels were predicted to rise to a point where the vessels and equipment could not physically pass under the bridges and wire crossings on the Big Sandy River. Contacts made with all parties and work began to explore new options.

With this new series of events on 02/06/2018 the USCG required a 24 hour watch to be performed by River Marine Enterprises, a sufficient amount of pumps, both electric and gas powered to be on-site, and that the M/V Gate City remain in the River Salvage slings (Watch Plan, Mooring Plan and Pump Plan provided and approved). Divers can no longer enter the water due to swift currents/rising water.

On 02/06/2018 discussions were started with McGinnis Inc. to take the vessel. Several conference calls with Ash Group and McGinnis officials regarding acceptance of the vessel, scope of work to be performed and guarantee of payment for services. A quote was prepared and presented to this surveyor and Ash Group on or about 02/08/2018. After much discussion the bid was accepted and the USCG was in favor of the details of the bid, stating that they would make allowances for us to move the vessel in its current condition to the McGinnis facility in Southpoint, Ohio, a distance of approximately 10 miles. Besides a complete transit plan, the USCG demanded that the M/V Gate City be moved while tied to the two Ingram Barges, assisted by two (2) tow boats of sufficient horsepower, and the M/V Cindy Z with a crane barge, 12" pump, and sufficient personnel on board to pump the M/V Gate City in the event of an emergency. In addition, the USCG demanded a husbandry plan for vessel maintenance while at the McGinnis facility as well a statement confirming that the vessel would be dismantled at the McGinnis facility.

On 02/08/2018 this surveyor requested an extension to a deadline set for the "end of business today" by the USCG for a transit/cleaning/destruction plan. Request was granted to 02/12/2018.

**FINDINGS/TIMELINE:**

On or about 02/09/2018 all of this was agreed upon and it became a waiting situation until the river level receded to the point where the vessel could transit the Big Sandy River and clear the bridges/wires.

On 02/09/2018 this surveyor requested that Superior Marine move the two Ingram barges back into the Superior Marine's Ohio River fleet due to very high water conditions forthcoming on the Big Sandy River. This was performed on 02/09/2018. This surveyor contacted Mr. Geoff Scibek of the USCG and requested an extension to the deadline for moving the M/V Gate City to McGinnis due to the expected rise on the Big Sandy River. This request was granted.

High water conditions continued. On 02/12/2018 the river was at 43' and rising. Captain Dave Grimm on the M/V Cindy Z reports that the Ohio River needed to be 38' or less to transit under the bridges and wires. Jeff Irby of Superior Marine concurred with that statement.

High water conditions existed from 02/09/2018 through 03/07/2018 with no opportunity to move the vessel to McGinnis in Southpoint, Ohio. During this time options to clean the vessel were explored. Due to the high water conditions no safe work could be performed at the Riverway facility. There were no other suitable facilities available on the Big Sandy River. River Salvage maintained a crew aboard their vessel and equipment. The water rose to a point where River Salvage had to add extensions to their spuds just to maintain their position. On several occasions during the high water conditions the retention boom broke away and had to be repaired by Evergreen. Absorbent pads were placed occasionally by Evergreen, River Salvage, and River Marine Enterprises personnel to pick-up oils displaced by the heavy rains. There were no significant spills reported after the original event.

On 02/14/2018 McGinnis Inc. contacted an asbestos abatement firm to do an on-site inspection of the M/V Gate City. The firm, American Energy Consultants performed their inspection on 02/14/2018 and provided a quote for McGinnis in the amount of $9.586. McGinnis requested that River Marine Enterprises paid this money up front to cover the abatement costs. This was agreed to and River Marine Enterprises provided a check to McGinnis. Due to the high water conditions the asbestos abatement project could not be performed on site and was held off until the vessel reached the McGinnis facility.

On 02/17/2018 a "Hold Harmless" agreement was executed by River Marine Enterprises to River Salvage for their agreement to assist with holding River Enterprises vessels in position during the extreme flood condition. It was reported that the rising water would exceed the height of the mooring tri-tie. This situation did occur however River Salvage was able to hold all the vessels in position.

On 02/20/2018 the river stage was at 50.4'

**FINDINGS/TIMELINE:**

On 03/04 and 03/06 this surveyor provided an updated and amended transit plan to the USCG for anticipated move of the M/V Gate City on 03/07/2018. Meeting with USCG at the Huntington office on 03/06/2018 where plan was discussed and approved. Confirmed transit arrangements with McGinnis and set plans in motion.

On 03/07/2018 this surveyor was on-site for the transit of the M/V Gate City to McGinnis. A safety briefing was held with all parties. USCG Commander Tonya Giles attended transit. Transit commenced at 1115 hours and concluded without incident at 1255 hours. The M/V Gate City was left in the care and custody of McGinnis, Inc. at Southpoint, Ohio.

Cleaning of the Gate City began on or about 03/14/2018.

On 03/26/2018 this surveyor, at the request of Mr. Larry Grieb of Ash Group attended a vessel inspection of the M/V Gate City at the McGinnis gas free dock. See report E03261801.

On 04/02/2018 American Energy Contractors showed up at the McGinnis facility to begin the asbestos removal project. The workers left the site after realizing that the asbestos panels were still wet and "dripping" with oil. This was known when their supervisor inspected the vessel. A second quote was provided to do the work for $19,387. River Marine Enterprises declined to pay the higher amount and American Energy Contractors was dismissed. It was later discovered that the permit on file with the State of Ohio to perform the abatement work had expired on the same day that American Energy Contractors had arrived and departed before starting their work.

This surveyor contacted another local contractor, NAC, Inc. NAC provided a bid of $4,200 to perform the same work. River Marine Enterprises accepted to bid and work was started on 04/16/2018, completing satisfactorily on 04/17/2018. The invoice was paid and River Marine Enterprises was refunded the remaining balance of $5,286.

On 04/19/2018 this surveyor, along with Mr. Larry Grieb of Ash Group and Mr. Wayne Thomas representing Martin Ottoway, and at the request of Mr. Thomas, attended the M/V Gate City at the McGinnis gas free dock at Southpoint Ohio to perform an in-water survey of the vessel. See notes of 04/19/2018. Findings during this survey as follows:

The onboard PVC sewage line in the port aft shaft alley were found to be broken/removed and through hull fitting appeared to be broken however no water ingression observed into the hull. Likely broken and dis-assembled prior to sinking.

Keel cooler system in stern compartment is disassembled and through hull fittings are exposed. Likely broken/dis-assembled prior to sinking.

**FINDINGS/TIMELINE:**
Starboard side piping and coupling for engine coolers disassembled, coupling appears to have frozen at some point and broke. This fitting was not reported to be making water during salvage. Side coolers appear to be rotted and this piping system was likely closed off by thru hull valves prior to sinking. (Rotted external cooler fins later confirmed at dry dock survey) Several sections of piping in this system were noted to have coupling bolts removed prior to sinking.

Fuel tanks at river level. Remaining voids minimal water, maintained with electric bilge pumps as needed.

First deck interior stripped out of all ceilings, fittings and wall panels. Structural steel and bulkheads remain.

Asbestos abatement work looked good and completed. Job well done by NAC.

On 04/23/2018 McGinnis received a gas free certificate so they could begin removing the pilot house and 2nd deck cabin. Cabin and pilot house removal completed on 04/26/2018. Work will continue to clean the engine room and secure a gas free certificate to remove engine room roof and gain access to remove engines and gearboxes.

On 05/23/2018 Mr. Dwaine Stephens of McGinnis, Inc reported that the engine room roof had been removed. The vessel will be moved to the McGinnis Sheridan Shipyard for engine removal and dry-docking. On or about 05/16/2018 the vessel was moved to the Sheridan Shipyard and the engines and gearboxes were removed. Survey with the vessel on dry-dock arranged for 05/21/2018.

On 05/21/2018 and at or about 0800 hours this surveyor attended the dry-docking of the M/V Gate City at the McGinnis Sheridan Shipyard in Southpoint, Ohio. In attendance were Mr. Larry Grieb of Ash Group and Mr. Wayne Thomas representing Martin Ottoway.

Following are the particulars and findings of this and prior inspections;

The M/V Gate City is a twin screw towboat reportedly built in 1956 by the St. Louis Shipbuilding and Steel Company. The Official Number is 272715. The vessel has approximate dimensions of 124' x 33' x 8' and was most recently powered by two (2) General Motors EMD Engines, a 16 Cylinder Model 16-567-C, Serial #59-A-29 on the starboard side and a 12 Cylinder Model 12-567-AC, Serial # 62-M-151S on the port. Gearboxes were Falk 2.48:1. Owned by River Marine Enterprises, LLC since 2010. Engines and gearboxes have been removed by McGinnis prior to dry-dock and are currently stored in the McGinnis shipyard.

**FINDINGS/TIMELINE:**
The port EMD engine was partially disassembled at the time of the sinking, power heads had been removed and were scattered about on the main deck in the engine room. Starboard EMD engine did not appear operable. Port gen-set removed from engine bed and found disassembled on main deck in engine room. Starboard gen-set still in engine bed, condition unknown. Port and starboard gearboxes and drive shafts in place. Shaft seals noted to drip steadily.

Piping throughout the engine room/lower deck areas was observed to have numerous broken fittings, disassembled piping, missing bolts at fittings. This condition was observed at salvage. None of the observed piping/fittings were observed to be allowing water to flow into the hull when the vessel was raised. Disassembled piping included sewage, fresh water, fire suppression system, engine, and gearbox coolers. Starboard cooler pipe fitting observed to broken, likely from freezing at some point prior to sinking. This fitting was NOT reported to be leaking when vessel was raised, this fitting likely broke due to accumulated water in the piping that was not drained.

On 05/21/2018 the M/V Gate City was scheduled to be placed on dry-dock #2 at the McGinnis Sheridan Shipyard in Southpoint Ohio. In attendance were this surveyor, Mr. Larry Grieb of Ash Group and Mr. Wayne Thomas representing Martin Ottaway. All parties met at the dry-dock at or about 0800 hours. The M/V Gate City was berthed just below the dry-dock awaiting the start of the operation. This surveyor, Mr. Grieb and Mr. Thomas boarded the M/V Gate City for a final walk around before the vessel was dry-docked.
Observed that the main engines, gen-sets, and gear boxes are removed. Engine room roof has been cut open for access. Pilot house and second deck house has been removed.

The fuel and oil voids, #2, & #3 had approximately 2' of water. The starboard #5 fuel void remained flooded to river level and was being actively pumped. The remaining voids had 1' or less with no active pumping. Bow void dry, port stern dry, starboard stern pumping small amount of water. #4 starboard 2' no pump. Engine room had a trace of wash water.

Pressure patch on hull floor (pic) forward between engine bed and starboard bulkhead

Single shingle on starboard side amidships along starboard bulkhead

Shingle near starboard side of vessel center line, along engine bed about mid-engine

The vessel was moved to the dry dock and raised.

As the vessel was raised it was noted that water was leaking out of the port bilge knuckle in approximately nine (9) places below the side engine cooler in the area of the #5 void.

As the vessel was raised it was noted that water was leaking out of the port bilge knuckle in two (2) places in the aft area of the #3 void.

**FINDINGS/TIMELINE:**
As the vessel was raised it was noted that water was leaking out of the starboard bilge knuckle in approximately fourteen (14) places below the side engine cooler in the area of the #5 void.

As the vessel was raised it was noted that water was leaking out of the starboard bilge knuckle in approximately eight (8) places below the side engine cooler in the area of the #2 & #3 voids.

There were no active leaks observed in the stern keel coolers, stern voids or stern bottom/side plates.

There were no active leaks noted in the mid-body hull bottom plates from the bow to stern.

From center kaval aft, wing tank, 9 shingled holes/splits in bilge knuckle 60' to 75'aft at bow.

Hole in engine room bottom plate, repaired by divers, 5'4" inboard of starboard side, (wing tanks are 5'2" wide), at a point approximately 56' aft of bow, indent is 3' long x 4'w x 5" deep. From interior of engine room, between #10 and #11 transverse floor frames aft of forward engine room bulkhead the hull plate is set-up 0-5" x 4' x 3' on starboard side along engine room bulkhead. 8" Split in plating epoxied by divers at salvage.

Side Coolers begin at 40', aft of bow extending to a point 90' aft of bow.

Four (4) shingles and broom stick plugs in starboard hull between 30' to 35' aft of bow all attributable to blistered wastage holes 0" to 3/4' in diameter. Three-quarter inch (3/4") diameter measured as the largest.

6" epoxy patch applied by diver on starboard hull 30' aft of bow.

Broom stick or dowel driven into hole by divers 30' aft and 9' inboard of starboard side.

Port hull 13' aft of bow, 8' inboard, shingle (pic)

Hole in port hull 19' aft 12' inboard

Wood plug or dowel sticking through hull at 24' aft and 12" to port of center line.

Port and starboard sides beginning at or near 57' aft of bow and extending aft to 80' numerous holes in bilge knuckles and side plate under coolers.

Wheels measured 38" from center line to fluke tip

2- 8'10" x 6' steering rudders (76" Diameter)

**FINDINGS/TIMELINE:**
4- 6' x 5'3" flanking rudders

2- 6" diameter shafts

Between #10 and #11 transverse floor frames aft of forward engine room bulkhead the hull plate is set-up 0-5" x 4' x 3' on starboard side along engine room bulkhead. 8" Split in plating epoxied by divers at salvage.

Dry-dock survey concluded at or about 1200 hours on 05/21/2018.

**CONCLUSION:**
After viewing the vessel on dry-dock this surveyor offers the following opinions related to the cause of the sinking of the M/V Gate City.

On the evening of January 09 2018 and at or about 1900 hours and prior to the discovery of the sinking, the River Marine Enterprises watchman, Mr. Todd Keaton, reported that the vessel appeared to be ok and no unusual findings were made.

In the days prior to the sinking the Big Sandy River had been reportedly covered with 2"to 4" of ice, this ice was surrounding the M/V Gate City and M/V Anna C. Terminals in the area were reported to be closed due to high water conditions and ice until several days before the sinking. As loaded and empty barges were moved into the area, fleeted and /or worked at the terminals across the river by Superior Marine, the ice was broken up in the immediate area and surrounding the M/V Gate City and M/V Anna C.

The Big Sandy River, according to data provided by the United States Geological Survey at the Louisa Gauge, normally observed at 2' to 4', had taken a sudden 10' rise on or about December 23rd 2017, returning to 4' on or about January 8th 2018.

During salvage, while raising of the M/V Gate City, it was observed that the engine room could not be pumped out and maintained. Small pumps were able to strip several of the void spaces and provide some flotation however the engine room and other mid-body compartments were unable to be pumped out and maintained. Salvage workers were able to determine that a large flow of water was entering the engine room compartment from the bottom plate along the starboard side, between the starboard main engine and starboard engine room bulkhead. Divers entered the water and soon discovered a large 3' x 4' indent with an approximately 8" long by 2" wide split in the bottom plate of the vessel. Divers worked (as described in this report on 02/01/2018) to seal the leak by using plastic, oakum and epoxy to stop the flow of water from entering the engine room. This enabled the pumps to remove the excess water and allowed the vessel to float with little support from the A-Frames and slings that were used to raise the vessel from the river bed. After the vessel was stabilized the salvage crew worked to seal off as many leaks as they could find, most notably those found along the port and starboard bilge knuckles.

**CONCLUSION: (continued)**

It is this surveyor's opinion that the most probable cause of the sinking is that river ice and flood debris had become lodged under the M/V Gate City as the high water receded and during recent tug and barge activity adjacent to the site. This accumulated ice and other flood debris became lodged under the M/V Gate City as the water receded, causing the indent and split in the bottom plate as observed, thus flooding the engine room and mid-body compartments in a catastrophic manner. The sinking and resting on the river bottom for a period of 21 days likely split the bilge knuckles and ruptured blisters in the hull plates as noted at the dry-dock inspection. It should be noted that a large amount of shingles and wood plugs were observed in the hull and side plates at the dry-dock inspection however it is believed that most, if not all of the shingles, plugs and epoxied repairs were made by the divers and salvage crew when the vessel was raised.

This surveyor has been unable to determine the amount of fuel and oils that were aboard the M/V Gate City at the time of the sinking. During salvage it was observed that what appeared to be fuel was leaking from the void spaces originally designed as fuel tanks, and what appeared to be a mix of hydraulic and slop oil emanating from voids, hydraulic/engine oil storage tanks on board, main engines, gear boxes, and generator engine. Several 55 gallon steel barrels were observed on the engine room roof at the time of the sinking however none of those barrels appeared to be leaking. It was reported that the USCG had ordered that the fuel and oils be removed from the vessel and the vessel sank days before the fuel/pols were to be removed by a contractor. The owner reported that the high water had delayed his compliance with the order.

During the dry-dock inspection it was observed that the hull bottom plates, bilge knuckles, side plates and coolers were in various stages of corrosion with heavy wastage noted to the cooler fins and blisters present covering hull corrosion noted at various depths. Many of the blisters could be scraped away leaving a small corrosion pocket in the plates, some were noted to be formed to the extent that they could be scrapped away and with use of an awl or pocket knife a hole could be made through the hull. This type of corrosion is typically found on river boats and barges and is usually addressed when discovered by determining the severity and depth of the corrosion. The owner stated that the vessel had not been dry docked in many years and that he was not aware of the heavily blistered condition of the hull.

Currently the main engines, gearboxes, shafts, propellers and generator engine are stored at the McGinnis Sheridan Shipyard. It is reported that the owner, Mr. David Smith has these items for sale. Their status at the time of this report is unknown.

At the time of this report the M/V Gate City is still on dry-dock #2 at the McGinnis Sheridan Shipyard. Mr. Dwaine Stephens at McGinnis reports that work is slowly progressing on the dismantlement of the vessel due to heavy work load at the McGinnis facility.

**CONCLUSION: (continued)**

I hereby certify that to the best of my knowledge and belief the statements and opinions set forth are true and in accordance with actual findings.

I further certify that this report was made without prejudice to the rights of all parties, policy of insurance or provisions of law concerned and on an independent fee basis. Neptune Marine Surveys and Services, Inc. and the attending surveyor hereby certifies that they have no present or contemplated future interest in the subject of the survey or any other interest, which might prevent a fair and unbiased finding. Neptune Marine reserves the right to amend or extend this report upon receipt of additional information.

Edward F. Opp
Marine Surveyor